B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Bindon, Bruce C.** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Bindon, Diana** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-0170** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-3266** |
| Street Address of Debtor (No. and Street, City, and State):<br>**20 Carlyle Lane**<br>**Buffalo Grove, IL**                    ZIP Code **60089** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**20 Carlyle Lane**<br>**Buffalo Grove, IL**                    ZIP Code **60089** |
| County of Residence or of the Principal Place of Business:<br>**Lake** | County of Residence or of the Principal Place of Business:<br>**Lake** |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ■ Chapter 7          ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9               of a Foreign Main Proceeding<br>☐ Chapter 11<br>☐ Chapter 12         ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13             of a Foreign Nonmain Proceeding |

| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."          ■ Debts are primarily business debts. |
|---|---|---|

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**                                                    THIS SPACE IS FOR COURT USE ONLY

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.

■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| ☐<br>1-<br>49 | ☐<br>50-<br>99 | ☐<br>100-<br>199 | ☐<br>200-<br>999 | ☐<br>1,000-<br>5,000 | ☐<br>5,001-<br>10,000 | ☐<br>10,001-<br>25,000 | ☐<br>25,001-<br>50,000 | ☐<br>50,001-<br>100,000 | ☐<br>OVER<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ☐<br>$100,001 to<br>$500,000 | ■<br>$500,001<br>to $1<br>million | ☐<br>$1,000,001<br>to $10<br>million | ☐<br>$10,000,001<br>to $50<br>million | ☐<br>$50,000,001<br>to $100<br>million | ☐<br>$100,000,001<br>to $500<br>million | ☐<br>$500,000,001<br>to $1 billion | ☐<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ☐<br>$100,001 to<br>$500,000 | ☐<br>$500,001<br>to $1<br>million | ■<br>$1,000,001<br>to $10<br>million | ☐<br>$10,000,001<br>to $50<br>million | ☐<br>$50,000,001<br>to $100<br>million | ☐<br>$100,000,001<br>to $500<br>million | ☐<br>$500,000,001<br>to $1 billion | ☐<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(4/10)                                                                                                      Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Bindon, Bruce C.**<br>**Bindon, Diana** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:   **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>- None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X   /s/ Barbara L. Yong**                          **May 19, 2010**<br>Signature of Attorney for Debtor(s)                (Date)<br>**Barbara L. Yong** |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)                                                                                          Page 3

| Voluntary Petition | Name of Debtor(s): |
| | **Bindon, Bruce C.** |
| *(This page must be completed and filed in every case)* | **Bindon, Diana** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Bruce C. Bindon**
Signature of Debtor  **Bruce C. Bindon**

X **/s/ Diana Bindon**
Signature of Joint Debtor **Diana Bindon**

Telephone Number (If not represented by attorney)

**May 19, 2010**
Date

### Signature of Attorney*

X **/s/ Barbara L. Yong**
Signature of Attorney for Debtor(s)

**Barbara L. Yong**
Printed Name of Attorney for Debtor(s)

**Golan & Christie LLP**
Firm Name

**70 W. Madison**
**Suite 1500**
**Chicago, IL 60602**

Address

**Email: pmjones@golanchristie.com**
**(312) 263-2300  Fax: (312) 263-0939**
Telephone Number

**May 19, 2010**
Date
*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re  Bruce C. Bindon
       Diana Bindon
_____
                    Debtor(s)

Case No. _____
Chapter   7  _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    /s/ Bruce C. Bindon
                            Bruce C. Bindon

Date:    May 19, 2010

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re   Bruce C. Bindon
       Diana Bindon

                       Debtor(s)

Case No.

Chapter    7

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.]* *[Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   /s/ Diana Bindon
                               Diana Bindon

Date:   May 19, 2010

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Bruce C. Bindon,**
      **Diana Bindon**

Case No. _____

                                     Debtors

Chapter _____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 415,000.00 | | |
| B - Personal Property | Yes | 4 | 373,699.91 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 378,964.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 145,877.04 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 23 | | 5,887,942.06 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 9 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 9,086.16 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 11,696.27 |
| Total Number of Sheets of ALL Schedules | | 47 | | | |
| Total Assets | | | 788,699.91 | | |
| Total Liabilities | | | | 6,412,783.10 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Bruce C. Bindon,**
       **Diana Bindon**
                                     ,
                               Debtors

Case No. _____

Chapter _____**7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re **Bruce C. Bindon,**　　　　　　　　　　　　　　　　Case No. _____
　　　　**Diana Bindon**

_____ ,
　　　　　　　　　　　　　　　　Debtors

# SCHEDULE A - REAL PROPERTY

　Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

　**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

　If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Location: 20 Carlyle Lane, Buffalo Grove IL 60089** | | **J** | **415,000.00** | **378,964.00** |

| | | | Sub-Total > | **415,000.00** | (Total of this page) |
|---|---|---|---|---|---|
| | | | Total > | **415,000.00** | |

　**0**　continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com　　　　　　　　　　　　Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re   **Bruce C. Bindon,**                                    Case No. _____
        **Diana Bindon**
_____ ,
                        Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | **Cash on hand**<br>**Location: 20 Carlyle Lane, Buffalo Grove IL 60089** | J | 734.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Chase Checking Account**<br>**Account # 001110018367541** | J | 2,342.27 |
| | | **Chase Savings Account**<br>**Account # 000002904742042** | J | 1,795.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **Furniture,**<br>**Location: 20 Carlyle Lane, Buffalo Grove IL 60089** | J | 1,000.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **CD/DVD Collection** | J | 500.00 |
| 6.  Wearing apparel. | | **Clothing** | J | 1,500.00 |
| 7.  Furs and jewelry. | | **Earrings, wedding rings** | J | 1,000.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >              **8,871.27**
(Total of this page)

  __3__   continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                          Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Bruce C. Bindon,**                                         Case No. _____
         **Diana Bindon**
_____,
                        Debtors
# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Morgan Stanley 190 South Lasalle St. Suite 2900 Chicago 60603 Plan No. 370416** | W | 125,713.00 |
| | | **Morgan Stanley 190 South Lasalle St. Suite 2900 Chicago 60603 Plan No. 370416** | H | 107,842.00 |
| | | **Smith Barney 190 South Lasalle St. Suite 2900 Chicago, IL 60603 Account # 254-64526-12 073** | H | 18,549.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **40% Ownership in Colfax Envelope Corporation** | H | 0.00 |
| | | **60% Ownership in Colfax Envelope Corporation** | W | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Illinois Department of Revenue (08-09 state tax refund due)** | J | 2,764.00 |

Sub-Total >    254,868.00
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Bruce C. Bindon,**                                          Case No. _____
         **Diana Bindon**

_____,
                              Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Colfax Envelope Corporation**<br>**951 Commerce Court**<br>**Buffalo Grove, IL 60089**<br>**Business Loan** | **W** | **99,960.64** |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2001 Lincoln Continental** | **W** | **4,000.00** |
| | | **1995 Toyota Celica** | **J** | **1,000.00** |
| 26. Boats, motors, and accessories. | | **2003 Lund 16' Fishing Boat**<br>**2003 Yamaha 90 hp Motor** | **H** | **5,000.00** |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |

Sub-Total >        **109,960.64**
(Total of this page)

Sheet __**2**__ of __**3**__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

**B6B (Official Form 6B) (12/07) - Cont.**

In re  **Bruce C. Bindon,**                                         Case No. _____
**Diana Bindon**
_____,
Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

| | |
|---|---|
| Sub-Total > | **0.00** |
| (Total of this page) | |
| Total > | **373,699.91** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6C (Official Form 6C) (4/10)

.

In re    **Bruce C. Bindon,**                                          Case No. _____
         **Diana Bindon**
                                                     ,
                            Debtors

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                             $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                      *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **Location: 20 Carlyle Lane, Buffalo Grove IL 60089** | **735 ILCS 5/12-901** | **30,000.00** | **415,000.00** |
| **Cash on Hand** | | | |
| **Cash on hand** | **735 ILCS 5/12-1001(b)** | **734.00** | **734.00** |
| **Location: 20 Carlyle Lane, Buffalo Grove IL 60089** | | | |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Chase Checking Account** | **735 ILCS 5/12-1001(b)** | **2,342.27** | **2,342.27** |
| **Account # 001110018367541** | | | |
| **Chase Savings Account** | **735 ILCS 5/12-1001(b)** | **1,795.00** | **1,795.00** |
| **Account # 000002904742042** | | | |
| **Household Goods and Furnishings** | | | |
| **Furniture,** | **735 ILCS 5/12-1001(b)** | **1,000.00** | **1,000.00** |
| **Location: 20 Carlyle Lane, Buffalo Grove IL 60089** | | | |
| **Wearing Apparel** | | | |
| **Clothing** | **735 ILCS 5/12-1001(a)** | **1,500.00** | **1,500.00** |
| **Furs and Jewelry** | | | |
| **Earrings, wedding rings** | **735 ILCS 5/12-1001(b)** | **1,000.00** | **1,000.00** |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **Morgan Stanley** | **735 ILCS 5/12-704** | **125,713.00** | **125,713.00** |
| **190 South Lasalle St.** | | | |
| **Suite 2900** | | | |
| **Chicago 60603** | | | |
| **Plan No. 370416** | | | |
| **Morgan Stanley** | **735 ILCS 5/12-704** | **107,842.00** | **107,842.00** |
| **190 South Lasalle St.** | | | |
| **Suite 2900** | | | |
| **Chicago 60603** | | | |
| **Plan No. 370416** | | | |
| **Smith Barney** | **735 ILCS 5/12-704** | **18,549.00** | **18,549.00** |
| **190 South Lasalle St.** | | | |
| **Suite 2900** | | | |
| **Chicago, IL 60603** | | | |
| **Account # 254-64526-12 073** | | | |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2001 Lincoln Continental** | **735 ILCS 5/12-1001(c)** | **2,400.00** | **4,000.00** |
| | **735 ILCS 5/12-1001(b)** | **1,128.73** | |
| **1995 Toyota Celica** | **735 ILCS 5/12-1001(c)** | **1,000.00** | **1,000.00** |

___1___ continuation sheets attached to Schedule of Property Claimed as Exempt

B6C (Official Form 6C) (4/10) -- Cont.

In re    **Bruce C. Bindon,**                                               Case No. _____
         **Diana Bindon**

                                                              ,
                                        Debtors
# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Boats, Motors and Accessories** | | | |
| **2003 Lund 16' Fishing Boat** | **625 ILCS 45/3A-7(d)** | **5,000.00** | **5,000.00** |
| **2003 Yamaha 90 hp Motor** | | | |

| | Total: | **300,004.00** | **685,475.27** |
|---|---|---|---|

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re  **Bruce C. Bindon,**
       **Diana Bindon**

Case No. _____

_____,
Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. **022910654829**<br><br>**Bank of America**<br>**33 North Dearborn Street**<br>**Chicago, IL 60602** | J | | | **10/2007**<br><br>**Mortgage**<br><br>**Location: 20 Carlyle Lane, Buffalo Grove IL 60089** | | | | | |
| | | | | Value $ **415,000.00** | | | | **378,964.00** | **0.00** |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |

| | | | |
|---|---|---|---|
| **0** continuation sheets attached | Subtotal<br>(Total of this page) | **378,964.00** | **0.00** |
| | Total<br>(Report on Summary of Schedules) | **378,964.00** | **0.00** |

B6E (Official Form 6E) (4/10)

.

In re  **Bruce C. Bindon,**                                    Case No. _____
       **Diana Bindon**
_____,
                            Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____1_____ continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re **Bruce C. Bindon,**
      **Diana Bindon**

Case No. _____

Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. **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**<br><br>**Internal Revenue Service**<br>**Cincinnati, OH 45999-0149** | J | | | **2008**<br><br>**Personal Income Taxes** | | | | | 0.00 |
| | | | | | | | | 145,877.04 | 145,877.04 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 145,877.04 | 0.00 |
| | | 145,877.04 |
| Total (Report on Summary of Schedules) | 145,877.04 | 0.00 |
| | | 145,877.04 |

B6F (Official Form 6F) (12/07)

In re   **Bruce C. Bindon,**
**Diana Bindon**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **14141**<br><br>**A-Korn Roller, Inc.**<br>**3545 S. Morgan St.**<br>**Chicago, IL 60609** | X | J | **11/5/2009**<br>**Colfax Printing Rollers** | | | X | 6,731.55 |
| Account No. **013 133233347**<br><br>**ADT Security Services, Inc.**<br>**Attn: Billing Department**<br>**14200 E. Exposition Avenue**<br>**Aurora, CO 80012-2540** | X | J | **12/5/2009**<br>**Colfax Security & Surveillance Service** | | | X | 1,628.70 |
| Account No. **5477 5423 0016 5424**<br><br>**Advanta Bank Corporation**<br>**PO Box 844**<br>**Philadelphia, PA 19101-8088** | X | J | **2/2002**<br>**Colfax Credit Card Lender** | | | X | 19,892.03 |
| Account No. **2151122**<br><br>**Aerex Pest Control**<br>**4301 Wilmette Ave.**<br>**Rolling Meadows, IL 60008** | X | J | **12/17/2009**<br>**Colfax Pest Control** | | | X | 162.00 |

___22___ continuation sheets attached

| | Subtotal (Total of this page) | 28,414.28 |
|---|---|---|

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    **Bruce C. Bindon,**
　　　　**Diana Bindon**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4004 4905** <br><br> **AGFA Corporation** <br> **100 Challenger Road** <br> **Ridgefield Park, NJ 07660-2199** | X | J | **1/7/2010** <br> **Colfax Graphics** | | | X | 1,894.38 |
| Account No. **35317** <br><br> **Althoff Industries** <br> **8001 S. Route 31** <br> **Crystal Lake, IL 60014** | X | J | **1/4/2010** <br> **Colfax Mechanical, electrical, and control services** | | | X | 1,400.00 |
| Account No. **C7C1** <br><br> **American First Aid** <br> **784 Church Rd.** <br> **Elgin, IL 60123** | X | J | **12/2/2009** <br> **Colfax First aid supplies/equipment** | | | X | 905.19 |
| Account No. <br><br> **American Holt Corp** <br> **203 Carnegie Row** <br> **Norwood, MA 02062** | X | J | **12/21/2009** <br> **Colfax replacement parts of machines** | | | X | 1,687.14 |
| Account No. **5516002919** <br><br> **Amerigas - Gurnee** <br> **2000 Albright Road** <br> **Montgomery, IL 60538** | X | J | **1/5/2010** <br> **Colfax propane company servicing** | | | X | 2,569.48 |

Sheet no. __1___ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

8,456.19

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Bruce C. Bindon,**                             Case No. _____
      **Diana Bindon**

                                             ,
                                   Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1001831**<br><br>**Apex Industrial Automation, LLC**<br>**2000 Albright Road**<br>**Montgomery, IL 60538** | X | J | **11/11/2009**<br>**Colfax Industrial Distributor** | | | X | 1,581.56 |
| Account No.<br><br>**Batavia Container, Inc**<br>**PO Box 550, 1400 Paramount Parkway**<br>**Batavia, IL 60510** | X | J | **10/22/2009**<br>**Colfax Packaging Service** | | | X | 3,904.50 |
| Account No.<br><br>**Best Cutting Die**<br>**8080 McCormick Blvd.**<br>**Skokie, IL 60076-2982** | X | J | **11/11/2009**<br>**Colfax design & manufacturing service for rotary dies** | | | X | 18,678.00 |
| Account No.<br><br>**Blooming Grove Flowers & Gifts**<br>**781 Buffalo Grove Rd.**<br>**Buffalo Grove, IL 60089** | X | J | **1/15/2010**<br>**Colfax floral arrangements and gifts** | | | X | 249.47 |
| Account No.<br><br>**Blue Thunder Truck Brokerage**<br>**PO Box 88259**<br>**Chicago, IL 60680-1259** | X | J | **12/1/2009**<br>**Colfax truck brokerage** | | | X | 25,630.00 |

Sheet no. __2__ of __22__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      50,043.53

B6F (Official Form 6F) (12/07) - Cont.

In re  **Bruce C. Bindon,**
    **Diana Bindon**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Lot 66**<br><br>**Buffalo Grove Association**<br>**c/o NAI Hiffman**<br>**One Oakbrook Terrace, Suite 600**<br>**Oakbrook Terrace, IL 60181** | X | J | 5/6/2009<br>**Colfax Commercial Real Estate Association Dues** | | | X | 2,992.40 |
| Account No. **4802 1396 0612 4889**<br><br>**Capital One Bank**<br>**PO Box 6492**<br>**Carol Stream, IL 60197-6492** | X | J | 6/11/2009<br>**Colfax Visa Business Card** | | | X | 4,896.12 |
| Account No. **5529-5200-0137-5714**<br><br>**Cardmember Service- Comerica**<br>**PO Box 6353**<br>**Fargo, ND 58125-6353** | X | J | 11/4/2009<br>**Colfax Credit Card** | | | X | 4,413.22 |
| Account No.<br><br>**CCP Industries**<br>**PO Box 73627**<br>**Cleveland, OH 44193** | X | J | 11/17/2009<br>**Colfax woven wipers, safety products, and bathroom products** | | | X | 204.41 |
| Account No. **Colfax**<br><br>**Cellmark Direct**<br>**80 Washington St.**<br>**Norwalk, CT 06854** | X | J | 9/17/2009<br>**Colfax paper marketing services** | | | X | 50,000.00 |

Sheet no. __3__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

62,506.15

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re **Bruce C. Bindon,**
    **Diana Bindon,**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4266 8801 3514 4869**<br><br>**Chase**<br>**Cardmember Service**<br>**PO Box 15298**<br>**Wilmington, DE 19850-5298** | | J | **10/5/2009**<br>**Credit card purchases to Murane Paper for Colfax** | | | | **20,664.63** |
| Account No. **4266 8410 3862 6444**<br><br>**Chase**<br>**Cardmember Service**<br>**PO Box 15298**<br>**Wilmington, DE 19850-5298** | | J | **10/5/2009**<br>**Credit card purchases to Murnane Paper for Colfax** | | | | **2,856.07** |
| Account No. **4147 2020 4938 7010**<br><br>**Chase**<br>**Cardmember Service**<br>**PO Box 15298**<br>**Wilmington, DE 19850-5298** | | J | **10/26/2009**<br>**Credit card purchases to Murnane Paper for Colfax** | | | | **11,828.84** |
| Account No. **4246 3151 4930 1606**<br><br>**Chase Card Services**<br>**Cardmember Services**<br>**P.O. Box 15298**<br>**Wilmington, DE 19850-5298** | X | J | **11/3/2009**<br>**Colfax business credit card** | | | X | **14,108.21** |
| Account No. **colenv**<br><br>**Chicago Spence Tool & Rubber Co.**<br>**1125 N. 27th Avenue**<br>**Melrose Park, IL 60160-2937** | X | J | **2/9/2010**<br>**Colfax industrial distributor** | | | X | **776.26** |

Sheet no. __4___ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**50,234.01**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Bruce C. Bindon,**  
　　　**Diana Bindon**  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　,  
　　　　　　　　　　　　　Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Christine Nolan<br>327 Ashwood<br>Schaumburg, IL 60193 | X | J | 5/8/2007<br>Colfax investor repayment | | | X | 16,134.42 |
| Account No. 5466 1600 7835 9898<br><br>Citi Cards<br>PO Box 6000<br>The Lakes, NV 89163-6000 | | J | 12/10/2009<br>Credit card purchases to Murnane Paper for Colfax | | | | 21,650.41 |
| Account No.<br><br>Clay English<br>c/o Universal Form Clamp<br>840 South 25th Ave - 2nd Floor<br>Bellwood, IL 60104 | X | J | 5/8/2007<br>Colfax investor repayment | | | X | 64,537.68 |
| Account No. 88295<br><br>Clifford Paper Inc<br>600 E. Crescent Avenue<br>Saddle River, NJ 07458 | X | J | 12/16/2009<br>Colfax paper distributor | | | X | 198,505.38 |
| Account No.<br><br>Colfax Welding<br>605 West Colfax<br>Palatine, IL 60067 | X | J | 1/18/2010<br>Colfax welding and fabrication services | | | X | 50.00 |

Sheet no. __5__ of __22__ sheets attached to Schedule of  
Creditors Holding Unsecured Nonpriority Claims

Subtotal  
(Total of this page)

| 300,877.89 |
|---|

B6F (Official Form 6F) (12/07) - Cont.

In re  **Bruce C. Bindon,**
       **Diana Bindon**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **101-11914** <br><br> **Coverall North America** <br> **2600 Warrenville Road** <br> **Suite 200** <br> **Downers Grove, IL 60515** | X | J | | **2/1/2010** <br> **Colfax commercial cleaning** | | | X | 694.00 |
| Account No. **T 0012099** <br><br> **CRP-2 Chicago Infill II, LLC** <br> **c/o Colony Realty Partners LLC** <br> **Two International Place** <br> **Boston, MA 02110** | X | J | | **12/31 - 2/31/2010** <br> **Colfax Unpaid rent for 951 Commerce Court** <br> **Buffalo Grove, IL 60089** | | | | 93,953.13 |
| Account No. <br><br> **Dahlgren Buckley Dement** <br> **7224 W. 60th Street** <br> **Summit Argo, IL 60501** | X | J | | **7/17/2009** <br> **Colfax direct mail services** | | | X | 6,358.53 |
| Account No. **6011 0073 8104 2570** <br><br> **Discover Card** <br> **PO Box 30943** <br> **Salt Lake City, UT 84130** | | J | | **10/26/2009** <br> **Credit card purchases to Murnane Paper for Colfax** | | | | 18,510.74 |
| Account No. **6011 3985 6159 0383** <br><br> **Discover Card** <br> **PO Box 3008** <br> **New Albany, OH 43054-3008** | X | J | | **2009 - 2010** <br> **Colfax Business Card** | | | X | 1,284.09 |

Sheet no. __6__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**120,800.49**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Bruce C. Bindon,**
       **Diana Bindon**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. <br><br> **District Council 4 GCC/IBT-NPF** <br> **455 Kehoe Blvd.** <br> **Suite 102** <br> **Carol Stream, IL 60188** | X | - | | 4/30/2000 <br> **Local 486M Inter-Local Pension Fund** <br> **(Delinquent Contributions and Withdrawal** <br> **Liability)** | X | X | X | 1,108,238.45 |
| Account No. <br><br> **Doherty & Progar** <br> **200 West Adams Street** <br> **Suite 2220** <br> **Chicago, IL 60606-5231** | X | J | | 10/2/2009 <br> **Colfax legal representation** | | | X | 11,780.00 |
| Account No. 3878-023045760 <br><br> **Dun & Bradstreet** <br> **55 Shuman Blvd** <br> **Naperville, IL 60563** | X | J | | 2/28/2010 <br> **Colfax commercial information services** | | | X | 270.00 |
| Account No. 0606-7653-4 <br><br> **FedEx Revenue Services** <br> **3965 Airways, Module G** <br> **Memphis, TN 38116** | X | J | | 3/16/2010 <br> **Colfax expedited mail services** | | | X | 954.65 |
| Account No. 58729 001 <br><br> **FGMK, LLC** <br> **2801 Lakeside Dr., 3rd Floor** <br> **Bannockburn, IL 60015** | X | J | | 2/22/2010 <br> **Colfax certified public accounting** | | | X | 5,000.00 |

Sheet no. __7__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,126,243.10

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Bruce C. Bindon,**
    **Diana Bindon**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **C010 2** <br><br>**Fidelity Container** <br>**180 Exchange Blvd.** <br>**Glendale Heights, IL 60139** | X | J | | **11/12/2009** <br>**Colfax corrugated packaging** | | | X | 9,065.35 |
| Account No. **976083254458** <br><br>**First Bank** <br>**480 W. Center Street** <br>**Grayslake, IL 60030** | X | J | | **9/12/2008** <br>**Business Loan** | | | | 2,559,428.00 |
| Account No. **976083254460** <br><br>**First Bank** <br>**480 W. Center Street** <br>**Grayslake, IL 60030** | X | - | | **9/12/2008** <br>**Business Loan** | | | | 816,583.84 |
| Account No. **Colfbuf** <br><br>**FNT** <br>**2287 Momentum Place** <br>**Chicago, IL 60689-5322** | X | J | | **11/24/2009** <br>**Colfax Truck Transportation** | | | X | 2,841.62 |
| Account No. <br><br>**Frank Mehl** <br>**1182 Sturbridge Dr.** <br>**Schaumburg, IL 60195** | X | J | | **5/8/2007** <br>**Colfax investor repayment** | | | X | 16,134.42 |

Sheet no. __8__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,404,053.23

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    **Bruce C. Bindon,**
      **Diana Bindon,**                               Case No. _____

_____ ,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **046592** <br><br> **Garvey's Office Products** <br> **7500 North Caldwell** <br> **Niles, IL 60714-4027** | X | J | | **12/1/2009** <br> **Colfax office supplies** | | | X | |
| | | | | | | | | **625.31** |
| Account No. <br><br> **GlueTech Inc** <br> **11134 Addison Ave.** <br> **Franklin Park, IL 60131** | X | J | | **2/10/2010** <br> **Colfax industrial adhesives** | | | X | |
| | | | | | | | | **441.00** |
| Account No. **801551375** <br><br> **Grainger** <br> **1200 S. Wolf Road** <br> **Wheeling, IL 60090-6442** | X | J | | **2/18/2010** <br> **Colfax industrial supplier** | | | X | |
| | | | | | | | | **6.21** |
| Account No. <br><br> **Gregory Rich** <br> **8124 Danneil Circle** <br> **Long Grove, IL 60047** | X | J | | **5/8/2007** <br> **Colfax investor repayment** | | | X | |
| | | | | | | | | **32,268.83** |
| Account No. <br><br> **GXS** <br> **100 Edison Park Drive** <br> **MS 52A2** <br> **Gaithersburg, MD 20878** | X | J | | **12/3/2009** <br> **Colfax E-commerce service (transation messaging, outsourcing, integration, and active applications)** | | | X | |
| | | | | | | | | **295.00** |

Sheet no. __**9**__ of __**22**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**33,636.35**

B6F (Official Form 6F) (12/07) - Cont.

In re **Bruce C. Bindon,**
      **Diana Bindon**

Case No. _____

_____,
                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br>**Henkel Corporation** <br>**1 Henkel Way** <br>**Rocky Hill, CT 06067** | X | J | | **11/23/2009** <br>**Colfax industrial adhesives** | | | X | 51,196.65 |
| Account No. 6035 3220 0893 2075 <br><br>**Home Depot Credit Services** <br>**P.O. Box 653002** <br>**Dallas, TX 75265-3002** | X | J | | **2/18/2010** <br>**Colfax home improvement tools & resources** | | | X | 26.93 |
| Account No. 90644 <br><br>**Horizon Distributors** <br>**1890 Chrysler Drive** <br>**Belvidere, IL 61008** | X | J | | **1/22/2010** <br>**Colfax wholesale disposable products** | | | X | 147.15 |
| Account No. <br><br>**Hortencia Morales** <br>**627 East Palatine Rd.** <br>**Palatine, IL 60074** | X | J | | **5/8/2007** <br>**Colfax investor repayment** | | | X | 16,134.42 |
| Account No. 5466 4103 0577 9768 <br><br>**HSBC Card Services** <br>**Customer Service Center** <br>**PO Box 80082** <br>**Salinas, CA 93912-0082** | | J | | **10/26/2009** <br>**Credit card purchases to Murnane Paper for Colfax** | | | | 16,187.60 |

Sheet no. __10__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

83,692.75

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Bruce C. Bindon,**
    **Diana Bindon,**

Case No. _____

_____ ,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Interfilm** <br>**127 Turningstone Court** <br>**Greenville, SC 29611** | X | J | 12/3/2009 <br>**Colfax plastic film distributor** | | | X | 36,461.75 |
| Account No. <br><br>**ITU, Inc.** <br>**P.O. Box 88479** <br>**Milwaukee, WI 53288-0479** | X | J | 11/20/2009 <br>**Colfax Towel Service** <br>   **Subject to setoff.** | | | X | 6,687.30 |
| Account No. <br><br>**John S. Swift Co.** <br>**999 Commerce Ct.** <br>**P.O. Box 5529** <br>**Buffalo Grove, IL 60089** | X | J | 12/29/2009 <br>**Colfax print services** | | | X | 38,794.00 |
| Account No. 0023680 <br><br>**Jorson & Carlson, Inc.** <br>**1501 Pratt Blvd.** <br>**Elk Grove Village, IL 60007** | X | J | 12/21/2009 <br>**Colfax industrial knives, precision sharpening service** | | | X | 93.74 |
| Account No. <br><br>**Karl Knauz Motors, Inc** <br>**409 Skokie Hwy** <br>**Lake Bluff, IL 60044** | X | J | 12/23/2008 <br>**Colfax Auto Financing** <br><br>**2009 Mercedes GL** | | | X | 49,282.13 |

Sheet no. __11__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

131,318.92

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bruce C. Bindon,**
        **Diana Bindon**                           Case No. _____

                                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br>**Kathleen Thompson** <br>**109 Rivershire Lane** <br>**Lincolnshire, IL 60069** | X | | J | **5/8/2007** <br>**Colfax investor repayment** | | | X | **16,134.42** |
| Account No. <br><br>**Kathryn Yudys** <br>**2120 Fieldcrest Drive** <br>**Mundelein, IL 60060** | X | | J | **5/8/2007** <br>**Colfax investor repayment** | | | X | **16,134.42** |
| Account No. **0090202** <br><br>**Keller-Heartt Oil** <br>**4411 South Tripp Avenue** <br>**Chicago, IL 60632-4320** | X | | J | **2/12/2010** <br>**Colfax lubricant, absorbant, & fuel dealer** | | | X | **3,906.73** |
| Account No. **M45 0858 USA** <br><br>**Konica Minolta Business Solutions** <br>**11101 Roosevelt Road** <br>**Saint Petersburg, FL 33716** | X | | J | **12/24/2009** <br>**Colfax office imaging equipment, software, & support** | | | X | **586.56** |
| Account No. <br><br>**Levenfeld Pearlstein** <br>**2 N. LaSalle Street, Suite 1300** <br>**Chicago, IL 60602** | X | | J | **12/4/2009** <br>**Colfax legal services** | | | X | **2,030.00** |

Sheet no. __12__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

            Subtotal
        (Total of this page)        **38,792.13**

B6F (Official Form 6F) (12/07) - Cont.

In re **Bruce C. Bindon,**
     **Diana Bindon**
_____,
                              Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Mary Kussmann** <br> **7220 North Octavia Avenue** <br> **Chicago, IL 60631** | X | J | | 5/8/2007 <br> **Colfax investor repayment** | | | X | <br><br> 32,268.83 |
| Account No. <br><br> **Master Messenger Service** <br> **P.O. Box 72135** <br> **Roselle, IL 60172** | X | J | | 3/5/2010 <br> **Colfax Messenger Service** | | | X | <br><br> 27.56 |
| Account No. 125981 <br><br> **Masterman's, LLP** <br> **11 C Street** <br> **P.O. Box 411** <br> **Auburn, MA 01501** | X | J | | 12/2/2009 <br> **Colfax industrial safety products** | | | X | <br><br> 250.83 |
| Account No. COEN <br><br> **Mazel & Co.** <br> **4300 Ferdinand Street** <br> **Chicago, IL 60624** | X | J | | 2/12/2010 <br> **Colfax Baling Wire material** | | | X | <br><br> 525.00 |
| Account No. 2506602 <br><br> **MCMASTER - CARR** <br> **600 County Line Road** <br> **Elmhurst, IL 60126-2081** | X | J | | 11/12/2009 <br> **Colfax Logistics** | | | X | <br><br> 501.44 |

Sheet no. __13__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

33,573.66

B6F (Official Form 6F) (12/07) - Cont.

In re **Bruce C. Bindon,**
    **Diana Bindon,**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **2638** <br><br> **Megtec Systems** <br> **830 Prosper Road** <br> **De Pere, WI 54115** | X | | J | **12/28/2009** <br> **Colfax Press Repair** | | | X | 800.00 |
| Account No. <br><br> **Metro Recycling** <br> **4340 Cross Street** <br> **Downers Grove, IL 60515** | X | | J | **1/15/2010** <br> **Colfax waste, recycling, & scrap** | | | X | 341.00 |
| Account No. **008519** <br><br> **Midland Paper Co.** <br> **101 E. Palatine Rd.** <br> **Wheeling, IL 60090** | X | | J | **12/12/2009** <br> **Colfax paper supply** | | | X | 54,188.02 |
| Account No. **COLF 010** <br><br> **Morgan Birge & Associates** <br> **119 West Hubbard Street** <br> **4th Floor** <br> **Chicago, IL 60610** | X | | J | **1/1/2010** <br> **Colfax phone system maintenance** | | | X | 990.00 |
| Account No. **02541440** <br><br> **MSC Industrial Supply** <br> **20921 Lahser Road** <br> **Southfield, MI 48033-4432** | X | | J | **1/14/2010** <br> **Colfax industrial supplies** | | | X | 345.83 |

Sheet no. **_14_** of **_22_** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

56,664.85

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Bruce C. Bindon,**
      **Diana Bindon**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5919** | | | | 8/28/2009 Colfax paper supply | | | | |
| Murnane Paper Co. 345 Fischer Farm Road Elmhurst, IL 60126-1014 | X | J | | | | | X | |
| | | | | | | | | 84,793.66 |
| Account No. **4 0000 2634** | | | | 1/21/2010 Colfax auto parts | | | | |
| Napa Auto Parts - Wheeling 82 E. Dundee Rd. Wheeling, IL 60090 | X | J | | | | | X | |
| | | | | | | | | 54.78 |
| Account No. | | | | 12/10/2009 Colfax industrial & construction equipment | | | | |
| National Lift Truck 3333 Mount Prospect Road Franklin Park, IL 60131 | X | J | | | | | X | |
| | | | | | | | | 237.93 |
| Account No. | | | | 1/7/2010 Colfax Landscaping | | | | |
| Natural Scapes & Designs, Ltd. P.O. Box 136 Ingleside, IL 60041 | X | J | | | | | X | |
| | | | | | | | | 3,280.00 |
| Account No. | | | | 3/3/2010 Colfax Hospital Fee | | | | |
| Northwest Community Hospital 3060 Salt Creek Lane Arlington Heights, IL 60005 | X | J | | | | | X | |
| | | | | | | | | 61.00 |

Sheet no. __15__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

88,427.37

B6F (Official Form 6F) (12/07) - Cont.

In re  **Bruce C. Bindon,**
     **Diana Bindon**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 7863955<br><br>**P B Global Financial Services**<br>**2225 American Drive**<br>**Neenah, WI 54956-1005** | X | J | **3/23/2010**<br>**Colfax Postage Machine Lease** | | | X | 266.00 |
| Account No. **COLFAX**<br><br>**P&M National Sales**<br>**708 County Line Road**<br>**Bensenville, IL 60106** | X | J | **12/21/2009**<br>**Colfax air & water filtration** | | | X | 953.31 |
| Account No.<br><br>**Pallet Direct**<br>**P.O. Box 255**<br>**Paw Paw, MI 49079** | X | J | **11/5/2009**<br>**Colfax wholesale pallets, lumber, & plywood** | | | X | 8,843.00 |
| Account No. 8802 3801<br><br>**Paper Converting Machine Co.**<br>**2300 South Ashland Avenue**<br>**Green Bay, WI 54304** | X | J | **12/21/2009**<br>**Colfax paper mill machinery** | | | X | 297.11 |
| Account No. **COLF A01**<br><br>**Partners in Technology**<br>**104 E. Roosevelt Rd., Suite 102**<br>**Wheaton, IL 60187** | X | J | **12/15/2009**<br>**Colfax Business management, customer support, training, & spam filter/firewall hardware** | | | X | 35.00 |

Sheet no. __16__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

10,394.42

B6F (Official Form 6F) (12/07) - Cont.

In re  **Bruce C. Bindon,**
       **Diana Bindon**                                              Case No. _____

_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Paulson Press, Inc.**<br>**904 Cambridge Drive**<br>**Elk Grove Village, IL 60007** | X | J | **11/30/2009**<br>**Colfax Commercial printing & repair** | | | X | 5,434.89 |
| Account No.<br><br>**Perfect Fit Placement**<br>**1263 Berlin Tpke**<br>**Berlin, CT 06037** | X | J | **7/13/2009**<br>**Colfax Recruiter Fees** | | | X | 3,000.00 |
| Account No.  **171 44604**<br><br>**Pitman Co.**<br>**221 Covington Drive**<br>**Bloomingdale, IL 60108** | X | J | **12/2/2009**<br>**Colfax imaging, display graphics, and commercial print** | | | X | 14,973.59 |
| Account No.<br><br>**Pompilio Trucking**<br>**P.O. Box 464**<br>**Fox River Grove, IL 60021** | X | J | **11/16/2009**<br>**Colfax Logistics** | | | X | 11,530.00 |
| Account No.  **1021386**<br><br>**Printellect**<br>**P.O. Box 12668**<br>**Casa Grande, AZ 85230-2068** | X | J | **12/31/2009**<br>**Colfax Outsourced print procurement services** | | | X | 2,662.33 |

Sheet no. **_17_** of **_22_** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

37,600.81

B6F (Official Form 6F) (12/07) - Cont.

In re **Bruce C. Bindon,**
    **Diana Bindon**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | 11/19/2009 Colfax Chemicals for graphic arts | | | | |
| **Printers Service** **26 Blanchard Street** **Newark, NJ 07105-4702** | X | J | | | | | X | |
| | | | | | | | | 13,606.48 |
| Account No. 8000-9000-0884-6846 | | | | 2/19/2010 Colfax Postage | | | | |
| **Purchase Power** **P.O. Box 5135** **Shelton, CT 06484-7135** | X | J | | | | | X | |
| | | | | | | | | 181.07 |
| Account No. | | | | 12/24/09 Colfax Office Water Service | | | | |
| **Purewater Systems** **P.O. Box 908** **Round Lake, IL 60073-0336** | X | J | | | | | X | |
| | | | | | | | | 425.00 |
| Account No. Case No. 10-02342-JMP | | | | 2/11/2010 Colfax Preferential bank transfers | | | | |
| **Quebecor World (USA), Inc.** **c/o Gary D. Underdahl** **2600 Eagan Woods Dr., Ste. 400** **Eagan, MN 55121** | X | J | | | | | X | |
| | | | | | | | | 16,545.60 |
| Account No. 00-1872290 | | | | 12/9/2009 Colfax Tapes, stretch film, labels for manufacturing and packaging | | | | |
| **Related Products** **6355 Chalet Drive** **City of Commerce, CA 90040** | X | J | | | | | X | |
| | | | | | | | | 730.09 |

Sheet no. __18__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

31,488.24

B6F (Official Form 6F) (12/07) - Cont.

In re  **Bruce C. Bindon,**
　　　 **Diana Bindon**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Ryans Express, Inc. <br> 11714 Briarwood Lane <br> Burr Ridge, IL 60527 | X | J | 11/30/2009 <br> Colfax Freight Service | | | X | 3,355.04 |
| Account No. 8172 <br><br> Service Web Offset Corporation <br> 2500 S. Dearborn Street <br> Chicago, IL 60616-2299 | X | J | 11/18/2009 <br> Colfax Lithographic Printer | | | X | 24,000.00 |
| Account No. 1804 <br><br> Steiner Electric <br> 1250 Touhy Avenue <br> Elk Grove Village, IL 60007 | X | J | 12/28/2009 <br> Colfax Industrial Electronics | | | X | 1,461.07 |
| Account No. 2027 0000 <br><br> Stickon Packaging Systems, Inc. <br> 71 West Seegers Road <br> Arlington Heights, IL 60005 | X | J | 12/23/2009 <br> Colfax Packaging supplies & equipment | | | X | 2,831.48 |
| Account No. <br><br> Strategic Ink Solutions <br> 2420 Oakton Street, Unit W <br> Arlington Heights, IL 60005 | X | J | 11/24/2009 <br> Colfax Ink supplier | | | X | 70,162.87 |

Sheet no. __19__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

101,810.46

B6F (Official Form 6F) (12/07) - Cont.

In re **Bruce C. Bindon,**
        **Diana Bindon**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Suburban Graphics**<br>**508 Green Bridge Lane**<br>**Prospect Heights, IL 60070-2806** | X | J | 3/10/2010<br>**Colfax Forms Supply** | | | X | 170.38 |
| Account No. **103116**<br><br>**Sun Chemical Corporation**<br>**5000 Spring Grove Avenue**<br>**Cincinnati, OH 45232** | X | J | 12/1/2009<br>**Colfax Inks, pigment & coating** | | | X | 48,466.07 |
| Account No. **CO 11220**<br><br>**Superior Industrial Supply**<br>**7300 N. Oak Park Avenue**<br>**Niles, IL 60714** | X | J | 10/30/2009<br>**Colfax Various industrial supplies** | | | X | 2,703.92 |
| Account No. **C 15645**<br><br>**Trans-Consolidated Distrib**<br>**P.O. Box 5062**<br>**Chatsworth, CA 91313** | X | J | 12/11/2009<br>**Colfax Industrial tape and stretch film** | | | X | 40.65 |
| Account No. **COL 1122**<br><br>**Tri-City Corrugated**<br>**1111 Davis Road**<br>**Elgin, IL 60123** | X | J | 12/17/2009<br>**Colfax Corrugated boxes** | | | X | 3,577.40 |

Sheet no. __20__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

54,958.42

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bruce C. Bindon,**
        **Diana Bindon**
                                                                    Case No. _____

_____,
                                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Trudy Maple**<br>**225 D Brett Circle**<br>**Wauconda, IL 60084** | X | J | 5/8/2007<br>**Colfax Investor repayment** | | | X | 16,134.42 |
| Account No. **119200**<br><br>**UniCast**<br>**P.O. Box 4627**<br>**Easton, PA 18043** | X | J | 12/29/2009<br>**Colfax Servers and service provider** | | | X | 369.90 |
| Account No. **561861**<br><br>**UniSource Worldwide, Inc.**<br>**850 N. Arlington Heights Road**<br>**Itasca, IL 60143** | X | J | 12/16/2009<br>**Colfax Paper Supply** | | | X | 11,677.24 |
| Account No.<br><br>**UPS**<br>**P.O. Box 650580**<br>**Dallas, TX 75265-0580** | X | J | 2/13/2010<br>**Colfax Package Logistics** | | | X | 204.02 |
| Account No. **880474475-00001**<br><br>**Verizon Wireless**<br>**777 Big Timber Road**<br>**Elgin, IL 60123** | X | J | 2/20/2010<br>**Colfax Wireless phone service** | | | X | 1,927.18 |

Sheet no. __21__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **30,312.76**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Bruce C. Bindon,**
**Diana Bindon**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | J C | | | | | |
| Account No. <br><br> **Viatas Chauffeured Transportation** <br> **21W319 Lake Street** <br> **Addison, IL 60101** | X | J | | **12/11/2009** <br> **Colfax Corporate transportation** | | | X | 55.20 |
| Account No. 180-0011328-2008-3 <br><br> **Waste Management** <br> **Attn: Billing Dept.** <br> **1411 Opus Place, Suite 400** <br> **Downers Grove, IL 60515** | X | J | | **2/1/2010** <br> **Colfax Garbage Services** | | | X | 3,330.04 |
| Account No. 82151122 <br><br> **Yale Equipment & Services, LLC** <br> **1151 Bryn Mawr Avenue** <br> **Itasca, IL 60143** | X | J | | **2/17/2010** <br> **Colfax Lift truck & forklift material equipment** | | | X | 256.81 |
| Account No. <br><br><br><br><br> | | | | | | | | |
| Account No. <br><br><br><br><br> | | | | | | | | |

Sheet no. __22__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**3,642.05**

Total
(Report on Summary of Schedules)

**5,887,942.06**

B6G (Official Form 6G) (12/07)

.

In re     **Bruce C. Bindon,**                                          Case No. _____
          **Diana Bindon**

_____,
                              Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Extra Space Storage**<br>**155 Butterfield Rd.**<br>**Vernon Hills, IL 60061** | **Storage Rental for 16' Fishing Boat**<br>**Space No. Rv20**<br>**Start Date: 3/27/2010** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

.

In re **Bruce C. Bindon,**
　　　　**Diana Bindon**
_____,
　　　　　　　　　　　　　　　　　Debtors

Case No. _____

# SCHEDULE H - CODEBTORS

　　Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐　Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Colfax Envelope Corporation**<br>**951 Commerce Court**<br>**Buffalo Grove, IL 60089** | **First Bank**<br>**480 W. Center Street**<br>**Grayslake, IL 60030** |
| **Colfax Envelope Corporation**<br>**951 Commerce Court**<br>**Buffalo Grove, IL 60089** | **Karl Knauz Motors, Inc**<br>**409 Skokie Hwy**<br>**Lake Bluff, IL 60044** |
| **Colfax Envelope Corporation**<br>**951 Commerce Court**<br>**Buffalo Grove, IL 60089** | **First Bank**<br>**480 W. Center Street**<br>**Grayslake, IL 60030** |
| **Colfax Envelope Corporation**<br>**951 Commerce Court**<br>**Buffalo Grove, IL 60089** | **A-Korn Roller, Inc.**<br>**3545 S. Morgan St.**<br>**Chicago, IL 60609** |
| **Colfax Envelope Corporation**<br>**951 Commerce Court**<br>**Buffalo Grove, IL 60089** | **ADT Security Services, Inc.**<br>**Attn: Billing Department**<br>**14200 E. Exposition Avenue**<br>**Aurora, CO 80012-2540** |
| **Colfax Envelope Corporation**<br>**951 Commerce Court**<br>**Buffalo Grove, IL 60089** | **Advanta Bank Corporation**<br>**PO Box 844**<br>**Philadelphia, PA 19101-8088** |
| **Colfax Envelope Corporation**<br>**951 Commerce Court**<br>**Buffalo Grove, IL 60089** | **Aerex Pest Control**<br>**4301 Wilmette Ave.**<br>**Rolling Meadows, IL 60008** |
| **Colfax Envelope Corporation**<br>**951 Commerce Court**<br>**Buffalo Grove, IL 60089** | **AGFA Corporation**<br>**100 Challenger Road**<br>**Ridgefield Park, NJ 07660-2199** |
| **Colfax Envelope Corporation**<br>**951 Commerce Court**<br>**Buffalo Grove, IL 60089** | **Althoff Industries**<br>**8001 S. Route 31**<br>**Crystal Lake, IL 60014** |
| **Colfax Envelope Corporation**<br>**951 Commerce Court**<br>**Buffalo Grove, IL 60089** | **American First Aid**<br>**784 Church Rd.**<br>**Elgin, IL 60123** |
| **Colfax Envelope Corporation**<br>**951 Commerce Court**<br>**Buffalo Grove, IL 60089** | **American Holt Corp**<br>**203 Carnegie Row**<br>**Norwood, MA 02062** |

**8**
____ continuation sheets attached to Schedule of Codebtors

In re    **Bruce C. Bindon,**                                           Case No. _____
       **Diana Bindon**

                                      ,
                            Debtors

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Colfax Envelope Corporation**<br>**951 Commerce Court**<br>**Buffalo Grove, IL 60089** | **Amerigas - Gurnee**<br>**2000 Albright Road**<br>**Montgomery, IL 60538** |
| **Colfax Envelope Corporation**<br>**951 Commerce Court**<br>**Buffalo Grove, IL 60089** | **Apex Industrial Automation, LLC**<br>**2000 Albright Road**<br>**Montgomery, IL 60538** |
| **Colfax Envelope Corporation**<br>**951 Commerce Court**<br>**Buffalo Grove, IL 60089** | **Batavia Container, Inc**<br>**PO Box 550, 1400 Paramount Parkway**<br>**Batavia, IL 60510** |
| **Colfax Envelope Corporation**<br>**951 Commerce Court**<br>**Buffalo Grove, IL 60089** | **Best Cutting Die**<br>**8080 McCormick Blvd.**<br>**Skokie, IL 60076-2982** |
| **Colfax Envelope Corporation**<br>**951 Commerce Court**<br>**Buffalo Grove, IL 60089** | **Blooming Grove Flowers & Gifts**<br>**781 Buffalo Grove Rd.**<br>**Buffalo Grove, IL 60089** |
| **Colfax Envelope Corporation**<br>**951 Commerce Court**<br>**Buffalo Grove, IL 60089** | **Blue Thunder Truck Brokerage**<br>**PO Box 88259**<br>**Chicago, IL 60680-1259** |
| **Colfax Envelope Corporation**<br>**951 Commerce Court**<br>**Buffalo Grove, IL 60089** | **Buffalo Grove Association**<br>**c/o NAI Hiffman**<br>**One Oakbrook Terrace, Suite 600**<br>**Oakbrook Terrace, IL 60181** |
| **Colfax Envelope Corporation**<br>**951 Commerce Court**<br>**Buffalo Grove, IL 60089** | **Capital One Bank**<br>**PO Box 6492**<br>**Carol Stream, IL 60197-6492** |
| **Colfax Envelope Corporation**<br>**951 Commerce Court**<br>**Buffalo Grove, IL 60089** | **Cardmember Service- Comerica**<br>**PO Box 6353**<br>**Fargo, ND 58125-6353** |
| **Colfax Envelope Corporation**<br>**951 Commerce Court**<br>**Buffalo Grove, IL 60089** | **CCP Industries**<br>**PO Box 73627**<br>**Cleveland, OH 44193** |
| **Colfax Envelope Corporation**<br>**951 Commerce Court**<br>**Buffalo Grove, IL 60089** | **Cellmark Direct**<br>**80 Washington St.**<br>**Norwalk, CT 06854** |
| **Colfax Envelope Corporation**<br>**951 Commerce Court**<br>**Buffalo Grove, IL 60089** | **Chase Card Services**<br>**Cardmember Services**<br>**P.O. Box 15298**<br>**Wilmington, DE 19850-5298** |
| **Colfax Envelope Corporation**<br>**951 Commerce Court**<br>**Buffalo Grove, IL 60089** | **Chicago Spence Tool & Rubber Co.**<br>**1125 N. 27th Avenue**<br>**Melrose Park, IL 60160-2937** |

Sheet   **1**   of   **8**   continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                   Best Case Bankruptcy

In re    **Bruce C. Bindon,**                                                Case No. _____
      **Diana Bindon**

                                  ,
                         Debtors

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Colfax Envelope Corporation**<br>**951 Commerce Court**<br>**Buffalo Grove, IL 60089** | **Christine Nolan**<br>**327 Ashwood**<br>**Schaumburg, IL 60193** |
| **Colfax Envelope Corporation**<br>**951 Commerce Court**<br>**Buffalo Grove, IL 60089** | **Clay English**<br>**c/o Universal Form Clamp**<br>**840 South 25th Ave - 2nd Floor**<br>**Bellwood, IL 60104** |
| **Colfax Envelope Corporation**<br>**951 Commerce Court**<br>**Buffalo Grove, IL 60089** | **Clifford Paper Inc**<br>**600 E. Crescent Avenue**<br>**Saddle River, NJ 07458** |
| **Colfax Envelope Corporation**<br>**951 Commerce Court**<br>**Buffalo Grove, IL 60089** | **Colfax Welding**<br>**605 West Colfax**<br>**Palatine, IL 60067** |
| **Colfax Envelope Corporation**<br>**951 Commerce Court**<br>**Buffalo Grove, IL 60089** | **Coverall North America**<br>**2600 Warrenville Road**<br>**Suite 200**<br>**Downers Grove, IL 60515** |
| **Colfax Envelope Corporation**<br>**951 Commerce Court**<br>**Buffalo Grove, IL 60089** | **CRP-2 Chicago Infill II, LLC**<br>**c/o Colony Realty Partners LLC**<br>**Two International Place**<br>**Boston, MA 02110** |
| **Colfax Envelope Corporation**<br>**951 Commerce Court**<br>**Buffalo Grove, IL 60089** | **Dahlgren Buckley Dement**<br>**7224 W. 60th Street**<br>**Summit Argo, IL 60501** |
| **Colfax Envelope Corporation**<br>**951 Commerce Court**<br>**Buffalo Grove, IL 60089** | **Discover Card**<br>**PO Box 3008**<br>**New Albany, OH 43054-3008** |
| **Colfax Envelope Corporation**<br>**951 Commerce Court**<br>**Buffalo Grove, IL 60089** | **Doherty & Progar**<br>**200 West Adams Street**<br>**Suite 2220**<br>**Chicago, IL 60606-5231** |
| **Colfax Envelope Corporation**<br>**951 Commerce Court**<br>**Buffalo Grove, IL 60089** | **Dun & Bradstreet**<br>**55 Shuman Blvd**<br>**Naperville, IL 60563** |
| **Colfax Envelope Corporation**<br>**951 Commerce Court**<br>**Buffalo Grove, IL 60089** | **FedEx Revenue Services**<br>**3965 Airways, Module G**<br>**Memphis, TN 38116** |
| **Colfax Envelope Corporation**<br>**951 Commerce Court**<br>**Buffalo Grove, IL 60089** | **FGMK, LLC**<br>**2801 Lakeside Dr., 3rd Floor**<br>**Bannockburn, IL 60015** |

Sheet __2__ of __8__ continuation sheets attached to the Schedule of Codebtors

In re    **Bruce C. Bindon,**                                              Case No. _____

           **Diana Bindon**

_____,

Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Colfax Envelope Corporation**<br>**951 Commerce Court**<br>**Buffalo Grove, IL 60089** | **Fidelity Container**<br>**180 Exchange Blvd.**<br>**Glendale Heights, IL 60139** |
| **Colfax Envelope Corporation**<br>**951 Commerce Court**<br>**Buffalo Grove, IL 60089** | **FNT**<br>**2287 Momentum Place**<br>**Chicago, IL 60689-5322** |
| **Colfax Envelope Corporation**<br>**951 Commerce Court**<br>**Buffalo Grove, IL 60089** | **Frank Mehl**<br>**1182 Sturbridge Dr.**<br>**Schaumburg, IL 60195** |
| **Colfax Envelope Corporation**<br>**951 Commerce Court**<br>**Buffalo Grove, IL 60089** | **Garvey's Office Products**<br>**7500 North Caldwell**<br>**Niles, IL 60714-4027** |
| **Colfax Envelope Corporation**<br>**951 Commerce Court**<br>**Buffalo Grove, IL 60089** | **GlueTech Inc**<br>**11134 Addison Ave.**<br>**Franklin Park, IL 60131** |
| **Colfax Envelope Corporation**<br>**951 Commerce Court**<br>**Buffalo Grove, IL 60089** | **Grainger**<br>**1200 S. Wolf Road**<br>**Wheeling, IL 60090-6442** |
| **Colfax Envelope Corporation**<br>**951 Commerce Court**<br>**Buffalo Grove, IL 60089** | **Gregory Rich**<br>**8124 Danneil Circle**<br>**Long Grove, IL 60047** |
| **Colfax Envelope Corporation**<br>**951 Commerce Court**<br>**Buffalo Grove, IL 60089** | **GXS**<br>**100 Edison Park Drive**<br>**MS 52A2**<br>**Gaithersburg, MD 20878** |
| **Colfax Envelope Corporation**<br>**951 Commerce Court**<br>**Buffalo Grove, IL 60089** | **Henkel Corporation**<br>**1 Henkel Way**<br>**Rocky Hill, CT 06067** |
| **Colfax Envelope Corporation**<br>**951 Commerce Court**<br>**Buffalo Grove, IL 60089** | **Home Depot Credit Services**<br>**P.O. Box 653002**<br>**Dallas, TX 75265-3002** |
| **Colfax Envelope Corporation**<br>**951 Commerce Court**<br>**Buffalo Grove, IL 60089** | **Horizon Distributors**<br>**1890 Chrysler Drive**<br>**Belvidere, IL 61008** |
| **Colfax Envelope Corporation**<br>**951 Commerce Court**<br>**Buffalo Grove, IL 60089** | **Hortencia Morales**<br>**627 East Palatine Rd.**<br>**Palatine, IL 60074** |
| **Colfax Envelope Corporation**<br>**951 Commerce Court**<br>**Buffalo Grove, IL 60089** | **Interfilm**<br>**127 Turningstone Court**<br>**Greenville, SC 29611** |

Sheet   **3**   of   **8**   continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                      Best Case Bankruptcy

In re    **Bruce C. Bindon,**                                            Case No. _____

        **Diana Bindon**

_____,
Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Colfax Envelope Corporation**<br>**951 Commerce Court**<br>**Buffalo Grove, IL 60089** | **ITU, Inc.**<br>**P.O. Box 88479**<br>**Milwaukee, WI 53288-0479** |
| **Colfax Envelope Corporation**<br>**951 Commerce Court**<br>**Buffalo Grove, IL 60089** | **John S. Swift Co.**<br>**999 Commerce Ct.**<br>**P.O. Box 5529**<br>**Buffalo Grove, IL 60089** |
| **Colfax Envelope Corporation**<br>**951 Commerce Court**<br>**Buffalo Grove, IL 60089** | **Jorson & Carlson, Inc.**<br>**1501 Pratt Blvd.**<br>**Elk Grove Village, IL 60007** |
| **Colfax Envelope Corporation**<br>**951 Commerce Court**<br>**Buffalo Grove, IL 60089** | **Kathleen Thompson**<br>**109 Rivershire Lane**<br>**Lincolnshire, IL 60069** |
| **Colfax Envelope Corporation**<br>**951 Commerce Court**<br>**Buffalo Grove, IL 60089** | **Kathryn Yudys**<br>**2120 Fieldcrest Drive**<br>**Mundelein, IL 60060** |
| **Colfax Envelope Corporation**<br>**951 Commerce Court**<br>**Buffalo Grove, IL 60089** | **Keller-Heartt Oil**<br>**4411 South Tripp Avenue**<br>**Chicago, IL 60632-4320** |
| **Colfax Envelope Corporation**<br>**951 Commerce Court**<br>**Buffalo Grove, IL 60089** | **Konica Minolta Business Solutions**<br>**11101 Roosevelt Road**<br>**Saint Petersburg, FL 33716** |
| **Colfax Envelope Corporation**<br>**951 Commerce Court**<br>**Buffalo Grove, IL 60089** | **Levenfeld Pearlstein**<br>**2 N. LaSalle Street, Suite 1300**<br>**Chicago, IL 60602** |
| **Colfax Envelope Corporation**<br>**951 Commerce Court**<br>**Buffalo Grove, IL 60089** | **Mary Kussmann**<br>**7220 North Octavia Avenue**<br>**Chicago, IL 60631** |
| **Colfax Envelope Corporation**<br>**951 Commerce Court**<br>**Buffalo Grove, IL 60089** | **Master Messenger Service**<br>**P.O. Box 72135**<br>**Roselle, IL 60172** |
| **Colfax Envelope Corporation**<br>**951 Commerce Court**<br>**Buffalo Grove, IL 60089** | **Masterman's, LLP**<br>**11 C Street**<br>**P.O. Box 411**<br>**Auburn, MA 01501** |
| **Colfax Envelope Corporation**<br>**951 Commerce Court**<br>**Buffalo Grove, IL 60089** | **Mazel & Co.**<br>**4300 Ferdinand Street**<br>**Chicago, IL 60624** |
| **Colfax Envelope Corporation**<br>**951 Commerce Court**<br>**Buffalo Grove, IL 60089** | **MCMASTER - CARR**<br>**600 County Line Road**<br>**Elmhurst, IL 60126-2081** |

Sheet   **4**   of   **8**   continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

In re   **Bruce C. Bindon,**                                      Case No. _____
        **Diana Bindon**
                                                        ,
                           Debtors
## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Colfax Envelope Corporation**<br>**951 Commerce Court**<br>**Buffalo Grove, IL 60089** | **Megtec Systems**<br>**830 Prosper Road**<br>**De Pere, WI 54115** |
| **Colfax Envelope Corporation**<br>**951 Commerce Court**<br>**Buffalo Grove, IL 60089** | **Metro Recycling**<br>**4340 Cross Street**<br>**Downers Grove, IL 60515** |
| **Colfax Envelope Corporation**<br>**951 Commerce Court**<br>**Buffalo Grove, IL 60089** | **Midland Paper Co.**<br>**101 E. Palatine Rd.**<br>**Wheeling, IL 60090** |
| **Colfax Envelope Corporation**<br>**951 Commerce Court**<br>**Buffalo Grove, IL 60089** | **Morgan Birge & Associates**<br>**119 West Hubbard Street**<br>**4th Floor**<br>**Chicago, IL 60610** |
| **Colfax Envelope Corporation**<br>**951 Commerce Court**<br>**Buffalo Grove, IL 60089** | **MSC Industrial Supply**<br>**20921 Lahser Road**<br>**Southfield, MI 48033-4432** |
| **Colfax Envelope Corporation**<br>**951 Commerce Court**<br>**Buffalo Grove, IL 60089** | **Murnane Paper Co.**<br>**345 Fischer Farm Road**<br>**Elmhurst, IL 60126-1014** |
| **Colfax Envelope Corporation**<br>**951 Commerce Court**<br>**Buffalo Grove, IL 60089** | **Napa Auto Parts - Wheeling**<br>**82 E. Dundee Rd.**<br>**Wheeling, IL 60090** |
| **Colfax Envelope Corporation**<br>**951 Commerce Court**<br>**Buffalo Grove, IL 60089** | **National Lift Truck**<br>**3333 Mount Prospect Road**<br>**Franklin Park, IL 60131** |
| **Colfax Envelope Corporation**<br>**951 Commerce Court**<br>**Buffalo Grove, IL 60089** | **Natural Scapes & Designs, Ltd.**<br>**P.O. Box 136**<br>**Ingleside, IL 60041** |
| **Colfax Envelope Corporation**<br>**951 Commerce Court**<br>**Buffalo Grove, IL 60089** | **Northwest Community Hospital**<br>**3060 Salt Creek Lane**<br>**Arlington Heights, IL 60005** |
| **Colfax Envelope Corporation**<br>**951 Commerce Court**<br>**Buffalo Grove, IL 60089** | **P B Global Financial Services**<br>**2225 American Drive**<br>**Neenah, WI 54956-1005** |
| **Colfax Envelope Corporation**<br>**951 Commerce Court**<br>**Buffalo Grove, IL 60089** | **P&M National Sales**<br>**708 County Line Road**<br>**Bensenville, IL 60106** |
| **Colfax Envelope Corporation**<br>**951 Commerce Court**<br>**Buffalo Grove, IL 60089** | **Pallet Direct**<br>**P.O. Box 255**<br>**Paw Paw, MI 49079** |

Sheet __5__ of __8__ continuation sheets attached to the Schedule of Codebtors

In re   **Bruce C. Bindon,**                                    Case No. _____
      **Diana Bindon**

                                        Debtors

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Colfax Envelope Corporation**<br>**951 Commerce Court**<br>**Buffalo Grove, IL 60089** | **Paper Converting Machine Co.**<br>**2300 South Ashland Avenue**<br>**Green Bay, WI 54304** |
| **Colfax Envelope Corporation**<br>**951 Commerce Court**<br>**Buffalo Grove, IL 60089** | **Partners in Technology**<br>**104 E. Roosevelt Rd., Suite 102**<br>**Wheaton, IL 60187** |
| **Colfax Envelope Corporation**<br>**951 Commerce Court**<br>**Buffalo Grove, IL 60089** | **Paulson Press, Inc.**<br>**904 Cambridge Drive**<br>**Elk Grove Village, IL 60007** |
| **Colfax Envelope Corporation**<br>**951 Commerce Court**<br>**Buffalo Grove, IL 60089** | **Perfect Fit Placement**<br>**1263 Berlin Tpke**<br>**Berlin, CT 06037** |
| **Colfax Envelope Corporation**<br>**951 Commerce Court**<br>**Buffalo Grove, IL 60089** | **Pitman Co.**<br>**221 Covington Drive**<br>**Bloomingdale, IL 60108** |
| **Colfax Envelope Corporation**<br>**951 Commerce Court**<br>**Buffalo Grove, IL 60089** | **Pompilio Trucking**<br>**P.O. Box 464**<br>**Fox River Grove, IL 60021** |
| **Colfax Envelope Corporation**<br>**951 Commerce Court**<br>**Buffalo Grove, IL 60089** | **Printellect**<br>**P.O. Box 12668**<br>**Casa Grande, AZ 85230-2068** |
| **Colfax Envelope Corporation**<br>**951 Commerce Court**<br>**Buffalo Grove, IL 60089** | **Printers Service**<br>**26 Blanchard Street**<br>**Newark, NJ 07105-4702** |
| **Colfax Envelope Corporation**<br>**951 Commerce Court**<br>**Buffalo Grove, IL 60089** | **Purchase Power**<br>**P.O. Box 5135**<br>**Shelton, CT 06484-7135** |
| **Colfax Envelope Corporation**<br>**951 Commerce Court**<br>**Buffalo Grove, IL 60089** | **Purewater Systems**<br>**P.O. Box 908**<br>**Round Lake, IL 60073-0336** |
| **Colfax Envelope Corporation**<br>**951 Commerce Court**<br>**Buffalo Grove, IL 60089** | **Quebecor World (USA), Inc.**<br>**c/o Gary D. Underdahl**<br>**2600 Eagan Woods Dr., Ste. 400**<br>**Eagan, MN 55121** |
| **Colfax Envelope Corporation**<br>**951 Commerce Court**<br>**Buffalo Grove, IL 60089** | **Related Products**<br>**6355 Chalet Drive**<br>**City of Commerce, CA 90040** |
| **Colfax Envelope Corporation**<br>**951 Commerce Court**<br>**Buffalo Grove, IL 60089** | **Ryans Express, Inc.**<br>**11714 Briarwood Lane**<br>**Burr Ridge, IL 60527** |

Sheet   **6**   of   **8**   continuation sheets attached to the Schedule of Codebtors

In re    **Bruce C. Bindon,**                                                 Case No. _____

        **Diana Bindon**

Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Colfax Envelope Corporation**<br>**951 Commerce Court**<br>**Buffalo Grove, IL 60089** | **Service Web Offset Corporation**<br>**2500 S. Dearborn Street**<br>**Chicago, IL 60616-2299** |
| **Colfax Envelope Corporation**<br>**951 Commerce Court**<br>**Buffalo Grove, IL 60089** | **Steiner Electric**<br>**1250 Touhy Avenue**<br>**Elk Grove Village, IL 60007** |
| **Colfax Envelope Corporation**<br>**951 Commerce Court**<br>**Buffalo Grove, IL 60089** | **Stickon Packaging Systems, Inc.**<br>**71 West Seegers Road**<br>**Arlington Heights, IL 60005** |
| **Colfax Envelope Corporation**<br>**951 Commerce Court**<br>**Buffalo Grove, IL 60089** | **Strategic Ink Solutions**<br>**2420 Oakton Street, Unit W**<br>**Arlington Heights, IL 60005** |
| **Colfax Envelope Corporation**<br>**951 Commerce Court**<br>**Buffalo Grove, IL 60089** | **Suburban Graphics**<br>**508 Green Bridge Lane**<br>**Prospect Heights, IL 60070-2806** |
| **Colfax Envelope Corporation**<br>**951 Commerce Court**<br>**Buffalo Grove, IL 60089** | **Sun Chemical Corporation**<br>**5000 Spring Grove Avenue**<br>**Cincinnati, OH 45232** |
| **Colfax Envelope Corporation**<br>**951 Commerce Court**<br>**Buffalo Grove, IL 60089** | **Superior Industrial Supply**<br>**7300 N. Oak Park Avenue**<br>**Niles, IL 60714** |
| **Colfax Envelope Corporation**<br>**951 Commerce Court**<br>**Buffalo Grove, IL 60089** | **Trans-Consolidated Distrib**<br>**P.O. Box 5062**<br>**Chatsworth, CA 91313** |
| **Colfax Envelope Corporation**<br>**951 Commerce Court**<br>**Buffalo Grove, IL 60089** | **Tri-City Corrugated**<br>**1111 Davis Road**<br>**Elgin, IL 60123** |
| **Colfax Envelope Corporation**<br>**951 Commerce Court**<br>**Buffalo Grove, IL 60089** | **Trudy Maple**<br>**225 D Brett Circle**<br>**Wauconda, IL 60084** |
| **Colfax Envelope Corporation**<br>**951 Commerce Court**<br>**Buffalo Grove, IL 60089** | **UniCast**<br>**P.O. Box 4627**<br>**Easton, PA 18043** |
| **Colfax Envelope Corporation**<br>**951 Commerce Court**<br>**Buffalo Grove, IL 60089** | **UniSource Worldwide, Inc.**<br>**850 N. Arlington Heights Road**<br>**Itasca, IL 60143** |
| **Colfax Envelope Corporation**<br>**951 Commerce Court**<br>**Buffalo Grove, IL 60089** | **UPS**<br>**P.O. Box 650580**<br>**Dallas, TX 75265-0580** |

Sheet   **7**   of   **8**   continuation sheets attached to the Schedule of Codebtors

In re    **Bruce C. Bindon,**                                                Case No. _____
         **Diana Bindon**
_____,
                              Debtors
## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Colfax Envelope Corporation**<br>**951 Commerce Court**<br>**Buffalo Grove, IL 60089** | **Verizon Wireless**<br>**777 Big Timber Road**<br>**Elgin, IL 60123** |
| **Colfax Envelope Corporation**<br>**951 Commerce Court**<br>**Buffalo Grove, IL 60089** | **Viatas Chauffeured Transportation**<br>**21W319 Lake Street**<br>**Addison, IL 60101** |
| **Colfax Envelope Corporation**<br>**951 Commerce Court**<br>**Buffalo Grove, IL 60089** | **Waste Management**<br>**Attn: Billing Dept.**<br>**1411 Opus Place, Suite 400**<br>**Downers Grove, IL 60515** |
| **Colfax Envelope Corporation**<br>**951 Commerce Court**<br>**Buffalo Grove, IL 60089** | **Yale Equipment & Services, LLC**<br>**1151 Bryn Mawr Avenue**<br>**Itasca, IL 60143** |
| **Colfax Envelope Corporation**<br>**951 Commerce Court**<br>**Buffalo Grove, IL 60089** | **District Council 4 GCC/IBT-NPF**<br>**455 Kehoe Blvd.**<br>**Suite 102**<br>**Carol Stream, IL 60188** |

Sheet   **8**   of   **8**   continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re    Bruce C. Bindon
         Diana Bindon                                              Case No. _____
_____
              Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| Married | RELATIONSHIP(S):<br>Mother | AGE(S):<br>80 |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Unemployed | Sales Representative |
| Name of Employer | Unemployed | Diamond Envelope Corporation |
| How long employed | | 2 months |
| Address of Employer | | 2270 White Oak Circle<br>Aurora, IL 60502 |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 0.00 | $ 9,615.00 |
| 2. Estimate monthly overtime | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ 0.00 | $ 9,615.00 |
| 4. LESS PAYROLL DEDUCTIONS | | |
|    a. Payroll taxes and social security | $ 0.00 | $ 0.00 |
|    b. Insurance | $ 0.00 | $ 0.00 |
|    c. Union dues | $ 0.00 | $ 0.00 |
|    d. Other (Specify)   See Detailed Income Attachment | $ 0.00 | $ 2,168.84 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 2,168.84 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ 7,446.16 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ 0.00 |
| 8. Income from real property | $ 0.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ 0.00 |
| 11. Social security or government assistance<br>(Specify):   Unemployment Checks | $ 1,640.00<br>$ 0.00 | $ 0.00<br>$ 0.00 |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income<br>(Specify): | $ 0.00<br>$ 0.00 | $ 0.00<br>$ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 1,640.00 | $ 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 1,640.00 | $ 7,446.16 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ 9,086.16 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
      Bruce Bindon is currently unemployed.

**B6I (Official Form 6I) (12/07)**

In re  Bruce C. Bindon
       Diana Bindon                                           Case No. _____
                              Debtor(s)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)
### Detailed Income Attachment

**Other Payroll Deductions:**

| | | |
|---|---|---|
| Federal Withholding | $ 0.00 | $ 1,162.15 |
| OASDI | $ 0.00 | $ 596.15 |
| Medicare | $ 0.00 | $ 139.40 |
| State of Illinois Withholdings | $ 0.00 | $ 271.14 |
| **Total Other Payroll Deductions** | $ 0.00 | $ 2,168.84 |

B6J (Official Form 6J) (12/07)

In re  Bruce C. Bindon
       Diana Bindon                                              Case No. _____
                        Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 2,744.38 |
| a. Are real estate taxes included?        Yes ____        No __X__ | | |
| b. Is property insurance included?        Yes ____        No __X__ | | |
| 2. Utilities:     a. Electricity and heating fuel | $ | 305.42 |
| b. Water and sewer | $ | 79.46 |
| c. Telephone | $ | 302.46 |
| d. Other | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 818.42 |
| 4. Food | $ | 1,212.67 |
| 5. Clothing | $ | 233.44 |
| 6. Laundry and dry cleaning | $ | 225.00 |
| 7. Medical and dental expenses | $ | 400.07 |
| 8. Transportation (not including car payments) | $ | 370.69 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 1,049.10 |
| 10. Charitable contributions | $ | 50.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 109.33 |
| b. Life | $ | 0.00 |
| c. Health | $ | 0.00 |
| d. Auto | $ | 221.82 |
| e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) - | $ | 1,000.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 0.00 |
| b. Other | $ | 0.00 |
| c. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other  See Detailed Expense Attachment | $ | 2,574.01 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 11,696.27 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document: _____

20. STATEMENT OF MONTHLY NET INCOME

| | | | |
|---|---|---|---:|
| a. | Average monthly income from Line 15 of Schedule I | $ | 9,086.16 |
| b. | Average monthly expenses from Line 18 above | $ | 11,696.27 |
| c. | Monthly net income (a. minus b.) | $ | -2,610.11 |

**B6J (Official Form 6J) (12/07)**

In re    Bruce C. Bindon
       Diana Bindon                           Case No. _____
                        Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Expenditures:**

| | | |
|---|---|---|
| College for Child Over 18 | $ | 1,336.76 |
| Gifts | $ | 100.00 |
| Real Estate Taxes | $ | 1,062.25 |
| Boat Storage | $ | 75.00 |
| **Total Other Expenditures** | $ | 2,574.01 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re     Bruce C. Bindon
         Diana Bindon                                   Case No. _____

                                    Debtor(s)      Chapter     7

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

       I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of    49   
sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   May 19, 2010                       Signature    /s/ Bruce C. Bindon _____
                                                 Bruce C. Bindon
                                                 Debtor

Date   May 19, 2010                       Signature    /s/ Diana Bindon _____
                                                 Diana Bindon
                                                 Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                          Best Case Bankruptcy

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Northern District of Illinois

In re    Bruce C. Bindon
Diana Bindon
_____    Case No. _____
Debtor(s)    Chapter    7

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $62,174.00 | 2010 YTD: Both Colfax Envelope Corporation Payroll (Jan - April) |
| $269,566.00 | 2009: Both 2009 Colfax Envelope Corporation Payroll |
| $261,185.00 | 2008: Both 2008 Colfax Envelope Corporation Payroll |

2

**2. Income other than from employment or operation of business**

None
■       State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business
during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for
each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint
petition is filed, unless the spouses are separated and a joint petition is not filed.)

|              AMOUNT | SOURCE |
|---|---|

**3. Payments to creditors**

None
■       ***Complete a. or b., as appropriate, and c.***

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services,
and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value
of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a
creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved
nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by
either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐       b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days**
immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such
transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on
account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit
budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other
transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| Bank of America<br>33 North Dearborn Street<br>Chicago, IL 60602 | 1/2010 - $2,744.38<br>2/2010 - $2,744.38<br>3/2010 - $2,744.38 | $8,233.14 | $380,016.51 |
| Internal Revenue Service<br>Internal Revenue Service<br>Cincinnati, OH 45999-0149 | 5/18/2010 - $8,000 | $8,000.00 | $145,000.00 |

None
■       c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of
creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both
spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐       a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of
this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses
whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Amanda Patten Johnson v. Bindon, Bruce & Diana; Colfax Envelope Corporation Case No. 2010-L-001218 | Wrongful Termination / Breach of Contract | Circuit Court of Cook County | Pending |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| CRP-2 Chicago Infill II, LLC vs. Colfax Envelope Corporation, Bruce & Diana Bindon | Forcible Entry and Detainer | Circuit Court for the Nineteenth Judicial Circuit, Lake County, Illinois | Pending |

None
■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None
■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None
■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None
☐    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| Delia Stover 3138 South 9th Place Milwaukee, WI 53215 | Daughter | 1/10/2010, 5/9/2010 | 1/10/2010 - $300 (birthday gift) 5/9/2010 - $400 (washer & dryer) |
| Angela Lopez c/o Lake Forest College 555 North Sheridan Road Lake Forest, IL 60045 | Daughter | 8/29/2009 | 8/29/2009 - $511.86 (college books) |

**8. Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Henderson & Lyman 175 West Jackson Blvd Chicago, IL 60604 | 2/9/2010 | $3,000.00 |
| Golan & Christie LLP 70 West Madison Suite 1500 Chicago, IL 60602 | 2/19/2010 | $5,000.00 |

**10. Other transfers**

None
■

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■

b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

5

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None
☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 1425 Camden Drive Gurnee, IL 60031 | same | 3/1993 - 9/2007 |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
☐

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

6

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■   b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

### 18 . Nature, location and name of business

None ☐   a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Colfax Envelope Corporation | 36-2604762 | 951 Commerce Court Buffalo Grove, IL 60089 | Envelope Printing and Manufacturing Company | 5/2007 - 3/2010 |

None ■   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

    The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

    *(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None ☐   a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

7

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| FGMK, LLC | 5/08/07 - 3/5/2010 |
| 2801 Lakeside Dr., 3rd Floor | |
| Deerfield, IL 60015 | |

None ☐    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| FGMK, LLC | 2801 Lakeside Dr., 3rd Floor | 5/8/07 - 3/5/10 |
| | Deerfield, IL 60015 | |

None ☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| FGMK, LLC | 2801 Lakeside Dr., 3rd Floor |
| 5/8/07 - 3/5/10 | Deerfield, IL 60015 |

None ☐    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| First Bank | 2/10/2010 |
| 480 W. Center Street | |
| Grayslake, IL 60030 | |
| | |
| Bank of America | 9/10/2008 |
| 2001 NE 46th Street | |
| Kansas City, MO 64116-2051 | |

---

**20. Inventories**

None ■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

---

**21 . Current Partners, Officers, Directors and Shareholders**

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

8

**22 . Former partners, officers, directors and shareholders**

None
■

a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                                        ADDRESS                                        DATE OF WITHDRAWAL

None
■

b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS                            TITLE                            DATE OF TERMINATION

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS
OF RECIPIENT,                               DATE AND PURPOSE                  AMOUNT OF MONEY
RELATIONSHIP TO DEBTOR                      OF WITHDRAWAL                     OR DESCRIPTION AND
                                                                             VALUE OF PROPERTY

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                              TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date    May 19, 2010                          Signature    /s/ Bruce C. Bindon
                                                            Bruce C. Bindon
                                                            Debtor


Date    May 19, 2010                          Signature    /s/ Diana Bindon
                                                            Diana Bindon
                                                            Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re   Bruce C. Bindon                Case No. _____
        Diana Bindon

                          Debtor(s)       Chapter     7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>Bank of America | **Describe Property Securing Debt:**<br>Location: 20 Carlyle Lane, Buffalo Grove IL 60089 |

Property will be (check one):
- ☐ Surrendered             ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ■ Reaffirm the debt
- ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ■ Claimed as Exempt             ☐ Not claimed as exempt

**PART B -** Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>-NONE- | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES       ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date   May 19, 2010           Signature   /s/ Bruce C. Bindon
                                      Bruce C. Bindon
                                      Debtor

Date   May 19, 2010           Signature   /s/ Diana Bindon
                                      Diana Bindon
                                      Joint Debtor

# United States Bankruptcy Court
## Northern District of Illinois

In re    Bruce C. Bindon
         Diana Bindon
_____
                                    Debtor(s)

Case No. _____

Chapter    7

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 5,000.00 |
| Prior to the filing of this statement I have received | $ | 5,000.00 |
| Balance Due | $ | 0.00 |

2.    $ 0.00 of the filing fee has been paid.

3.    The source of the compensation paid to me was:

■ Debtor          □ Other (specify):

4.    The source of compensation to be paid to me is:

■ Debtor          □ Other (specify):

5.    ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

□ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
e.  [Other provisions as needed]

7.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    May 19, 2010                              /s/ Barbara L. Yong
                                                    Barbara L. Yong
                                                    Golan & Christie LLP
                                                    70 W. Madison
                                                    Suite 1500
                                                    Chicago, IL 60602
                                                    (312) 263-2300   Fax: (312) 263-0939
                                                    pmjones@golanchristie.com

---

B 201A (Form 201A) (12/09)

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days.  For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition.  In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.  If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.  Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.  Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009.  Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re    Bruce C. Bindon
         Diana Bindon                                           Case No.
                              Debtor(s)                         Chapter    7

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

Bruce C. Bindon
Diana Bindon                                    X  /s/ Bruce C. Bindon              May 19, 2010
Printed Name(s) of Debtor(s)                       Signature of Debtor              Date

Case No. (if known)                             X  /s/ Diana Bindon                May 19, 2010
                                                   Signature of Joint Debtor (if any)   Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1.  Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor.  The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# United States Bankruptcy Court
## Northern District of Illinois

In re    Bruce C. Bindon
          Diana Bindon                               Case No. _____

                                     Debtor(s)       Chapter     7

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ 114

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   May 19, 2010                /s/ Bruce C. Bindon
                                      Bruce C. Bindon
                                      Signature of Debtor

Date:   May 19, 2010                /s/ Diana Bindon
                                      Diana Bindon
                                      Signature of Debtor

A-Korn Roller, Inc.
3545 S. Morgan St.
Chicago, IL 60609


ADT Security Services, Inc.
Attn: Billing Department
14200 E. Exposition Avenue
Aurora, CO 80012-2540


Advanta Bank Corporation
PO Box 844
Philadelphia, PA 19101-8088


Aerex Pest Control
4301 Wilmette Ave.
Rolling Meadows, IL 60008


AGFA Corporation
100 Challenger Road
Ridgefield Park, NJ 07660-2199


Althoff Industries
8001 S. Route 31
Crystal Lake, IL 60014


American First Aid
784 Church Rd.
Elgin, IL 60123


American Holt Corp
203 Carnegie Row
Norwood, MA 02062


Amerigas - Gurnee
2000 Albright Road
Montgomery, IL 60538


Apex Industrial Automation, LLC
2000 Albright Road
Montgomery, IL 60538


Bank of America
33 North Dearborn Street
Chicago, IL 60602

Batavia Container, Inc
PO Box 550, 1400 Paramount Parkway
Batavia, IL 60510


Best Cutting Die
8080 McCormick Blvd.
Skokie, IL 60076-2982


Blooming Grove Flowers & Gifts
781 Buffalo Grove Rd.
Buffalo Grove, IL 60089


Blue Thunder Truck Brokerage
PO Box 88259
Chicago, IL 60680-1259


Buffalo Grove Association
c/o NAI Hiffman
One Oakbrook Terrace, Suite 600
Oakbrook Terrace, IL 60181


Capital One Bank
PO Box 6492
Carol Stream, IL 60197-6492


Cardmember Service- Comerica
PO Box 6353
Fargo, ND 58125-6353


CCP Industries
PO Box 73627
Cleveland, OH 44193


Cellmark Direct
80 Washington St.
Norwalk, CT 06854


Chase
Cardmember Service
PO Box 15298
Wilmington, DE 19850-5298

Chase Card Services
Cardmember Services
P.O. Box 15298
Wilmington, DE 19850-5298


Chicago Spence Tool & Rubber Co.
1125 N. 27th Avenue
Melrose Park, IL 60160-2937


Christine Nolan
327 Ashwood
Schaumburg, IL 60193


Citi Cards
PO Box 6000
The Lakes, NV 89163-6000


Clay English
c/o Universal Form Clamp
840 South 25th Ave - 2nd Floor
Bellwood, IL 60104


Clifford Paper Inc
600 E. Crescent Avenue
Saddle River, NJ 07458


Colfax Envelope Corporation
951 Commerce Court
Buffalo Grove, IL 60089


Colfax Welding
605 West Colfax
Palatine, IL 60067


Coverall North America
2600 Warrenville Road
Suite 200
Downers Grove, IL 60515


CRP-2 Chicago Infill II, LLC
c/o Colony Realty Partners LLC
Two International Place
Boston, MA 02110

Dahlgren Buckley Dement
7224 W. 60th Street
Summit Argo, IL 60501


Discover Card
PO Box 30943
Salt Lake City, UT 84130


Discover Card
PO Box 3008
New Albany, OH 43054-3008


District Council 4 GCC/IBT-NPF
455 Kehoe Blvd.
Suite 102
Carol Stream, IL 60188


Doherty & Progar
200 West Adams Street
Suite 2220
Chicago, IL 60606-5231


Dun & Bradstreet
55 Shuman Blvd
Naperville, IL 60563


Extra Space Storage
155 Butterfield Rd.
Vernon Hills, IL 60061


FedEx Revenue Services
3965 Airways, Module G
Memphis, TN 38116


FGMK, LLC
2801 Lakeside Dr., 3rd Floor
Bannockburn, IL 60015


Fidelity Container
180 Exchange Blvd.
Glendale Heights, IL 60139


First Bank
480 W. Center Street
Grayslake, IL 60030

FNT
2287 Momentum Place
Chicago, IL 60689-5322


Frank Mehl
1182 Sturbridge Dr.
Schaumburg, IL 60195


Garvey's Office Products
7500 North Caldwell
Niles, IL 60714-4027


GlueTech Inc
11134 Addison Ave.
Franklin Park, IL 60131


Grainger
1200 S. Wolf Road
Wheeling, IL 60090-6442


Gregory Rich
8124 Danneil Circle
Long Grove, IL 60047


GXS
100 Edison Park Drive
MS 52A2
Gaithersburg, MD 20878


Henkel Corporation
1 Henkel Way
Rocky Hill, CT 06067


Home Depot Credit Services
P.O. Box 653002
Dallas, TX 75265-3002


Horizon Distributors
1890 Chrysler Drive
Belvidere, IL 61008


Hortencia Morales
627 East Palatine Rd.
Palatine, IL 60074

HSBC Card Services
Customer Service Center
PO Box 80082
Salinas, CA 93912-0082


Interfilm
127 Turningstone Court
Greenville, SC 29611


Internal Revenue Service
Cincinnati, OH 45999-0149


ITU, Inc.
P.O. Box 88479
Milwaukee, WI 53288-0479


John S. Swift Co.
999 Commerce Ct.
P.O. Box 5529
Buffalo Grove, IL 60089


Jorson & Carlson, Inc.
1501 Pratt Blvd.
Elk Grove Village, IL 60007


Karl Knauz Motors, Inc
409 Skokie Hwy
Lake Bluff, IL 60044


Kathleen Thompson
109 Rivershire Lane
Lincolnshire, IL 60069


Kathryn Yudys
2120 Fieldcrest Drive
Mundelein, IL 60060


Keller-Heartt Oil
4411 South Tripp Avenue
Chicago, IL 60632-4320


Konica Minolta Business Solutions
11101 Roosevelt Road
Saint Petersburg, FL 33716

Levenfeld Pearlstein
2 N. LaSalle Street, Suite 1300
Chicago, IL 60602


Mary Kussmann
7220 North Octavia Avenue
Chicago, IL 60631


Master Messenger Service
P.O. Box 72135
Roselle, IL 60172


Masterman's, LLP
11 C Street
P.O. Box 411
Auburn, MA 01501


Mazel & Co.
4300 Ferdinand Street
Chicago, IL 60624


MCMASTER - CARR
600 County Line Road
Elmhurst, IL 60126-2081


Megtec Systems
830 Prosper Road
De Pere, WI 54115


Metro Recycling
4340 Cross Street
Downers Grove, IL 60515


Midland Paper Co.
101 E. Palatine Rd.
Wheeling, IL 60090


Morgan Birge & Associates
119 West Hubbard Street
4th Floor
Chicago, IL 60610


MSC Industrial Supply
20921 Lahser Road
Southfield, MI 48033-4432

Murnane Paper Co.
345 Fischer Farm Road
Elmhurst, IL 60126-1014


Napa Auto Parts - Wheeling
82 E. Dundee Rd.
Wheeling, IL 60090


National Lift Truck
3333 Mount Prospect Road
Franklin Park, IL 60131


Natural Scapes & Designs, Ltd.
P.O. Box 136
Ingleside, IL 60041


Northwest Community Hospital
3060 Salt Creek Lane
Arlington Heights, IL 60005


P B Global Financial Services
2225 American Drive
Neenah, WI 54956-1005


P&M National Sales
708 County Line Road
Bensenville, IL 60106


Pallet Direct
P.O. Box 255
Paw Paw, MI 49079


Paper Converting Machine Co.
2300 South Ashland Avenue
Green Bay, WI 54304


Partners in Technology
104 E. Roosevelt Rd., Suite 102
Wheaton, IL 60187


Paulson Press, Inc.
904 Cambridge Drive
Elk Grove Village, IL 60007

Perfect Fit Placement
1263 Berlin Tpke
Berlin, CT 06037


Pitman Co.
221 Covington Drive
Bloomingdale, IL 60108


Pompilio Trucking
P.O. Box 464
Fox River Grove, IL 60021


Printellect
P.O. Box 12668
Casa Grande, AZ 85230-2068


Printers Service
26 Blanchard Street
Newark, NJ 07105-4702


Purchase Power
P.O. Box 5135
Shelton, CT 06484-7135


Purewater Systems
P.O. Box 908
Round Lake, IL 60073-0336


Quebecor World (USA), Inc.
c/o Gary D. Underdahl
2600 Eagan Woods Dr., Ste. 400
Eagan, MN 55121


Related Products
6355 Chalet Drive
City of Commerce, CA 90040


Ryans Express, Inc.
11714 Briarwood Lane
Burr Ridge, IL 60527


Service Web Offset Corporation
2500 S. Dearborn Street
Chicago, IL 60616-2299

Steiner Electric
1250 Touhy Avenue
Elk Grove Village, IL 60007


Stickon Packaging Systems, Inc.
71 West Seegers Road
Arlington Heights, IL 60005


Strategic Ink Solutions
2420 Oakton Street, Unit W
Arlington Heights, IL 60005


Suburban Graphics
508 Green Bridge Lane
Prospect Heights, IL 60070-2806


Sun Chemical Corporation
5000 Spring Grove Avenue
Cincinnati, OH 45232


Superior Industrial Supply
7300 N. Oak Park Avenue
Niles, IL 60714


The Chaet Kaplan Baim Firm
30 North Lasalle Street
Suite 1520
Chicago, IL 60602


Trans-Consolidated Distrib
P.O. Box 5062
Chatsworth, CA 91313


Tri-City Corrugated
1111 Davis Road
Elgin, IL 60123


Trudy Maple
225 D Brett Circle
Wauconda, IL 60084


UniCast
P.O. Box 4627
Easton, PA 18043

UniSource Worldwide, Inc.
850 N. Arlington Heights Road
Itasca, IL 60143


UPS
P.O. Box 650580
Dallas, TX 75265-0580


Verizon Wireless
777 Big Timber Road
Elgin, IL 60123


Viatas Chauffeured Transportation
21W319 Lake Street
Addison, IL 60101


Waste Management
Attn: Billing Dept.
1411 Opus Place, Suite 400
Downers Grove, IL 60515


Yale Equipment & Services, LLC
1151 Bryn Mawr Avenue
Itasca, IL 60143