UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
BINDON, BRUCE C. § Case No. 10-22885
BINDON, DIANA §
§
Debtor(s) §

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on
    . The undersigned trustee was appointed on                    .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]                    $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/JOSEPH E. COHEN_____
                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 10-22885 | ABG | Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|---|
| Case Name: | BINDON, BRUCE C. | | | Date Filed (f) or Converted (c): | 05/19/10 (f) |
| | BINDON, DIANA | | | 341(a) Meeting Date: | 07/09/10 |
| For Period Ending: | 01/31/13 | | | Claims Bar Date: | 03/26/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Location: 20 Carlyle Lane, Buffalo Grove IL 60089 | 415,000.00 | 0.00 | | 0.00 | 0.00 |
| 2. Cash on hand Location: 20 Carlyle Lane, Buffalo Gr | 734.00 | 0.00 | | 0.00 | 0.00 |
| 3. Chase Checking Account Account # 001110018367541 | 2,342.27 | 0.00 | | 0.00 | 0.00 |
| 4. Chase Savings Account Account # 000002904742042 | 1,795.00 | 0.00 | | 0.00 | 0.00 |
| 5. Furniture, Location: 20 Carlyle Lane, Buffalo Grov | 1,000.00 | 0.00 | | 0.00 | 0.00 |
| 6. CD/DVD Collection | 500.00 | 0.00 | | 0.00 | 0.00 |
| 7. Clothing | 1,500.00 | 0.00 | | 0.00 | 0.00 |
| 8. Earrings, wedding rings | 1,000.00 | 0.00 | | 0.00 | 0.00 |
| 9. Morgan Stanley 190 South Lasalle St. Suite 2900 Ch | 125,713.00 | 0.00 | | 0.00 | 0.00 |
| 10. Morgan Stanley 190 South Lasalle St. Suite 2900 Ch | 107,842.00 | 0.00 | | 0.00 | 0.00 |
| 11. Smith Barney 190 South Lasalle St. Suite 2900 Chic | 18,549.00 | 0.00 | | 0.00 | 0.00 |
| 12. 40% Ownership in Colfax Envelope Corporation | 0.00 | 0.00 | | 0.00 | 0.00 |
| 13. 60% Ownership in Colfax Envelope Corporation | 0.00 | 0.00 | | 0.00 | 0.00 |
| 14. Illinois Department of Revenue (08-09 state tax re | 2,764.00 | 0.00 | | 2,773.47 | 0.00 |
| 15. Colfax Envelope Corporation 951 Commerce Court Buf | 99,960.64 | 0.00 | | 0.00 | 0.00 |
| 16. 2001 Lincoln Continental | 4,000.00 | 0.00 | | 0.00 | 0.00 |
| 17. 1995 Toyota Celica | 1,000.00 | 0.00 | | 0.00 | 0.00 |
| 18. 2003 Lund 16' Fishing Boat 2003 Yamaha 90 hp Motor | 5,000.00 | 0.00 | | 0.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.37 | Unknown |
| TOTALS (Excluding Unknown Values) | $788,699.91 | $0.00 | | $2,773.84 | $0.00 |

Gross Value of Remaining Assets

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

LFORM1   UST Form 101-7-TFR (5/1/2011) *(Page: 3)*                                                                                                    Ver: 17.01

Case 10-22885  Doc 29  Filed 02/15/13  Entered 02/15/13 13:43:57  Desc Main
Document      Page 4 of 12

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit A

| | | | |
|---|---|---|---|
| Case No: | 10-22885    ABG   Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | BINDON, BRUCE C. | Date Filed (f) or Converted (c): | 05/19/10 (f) |
| | BINDON, DIANA | 341(a) Meeting Date: | 07/09/10 |
| | | Claims Bar Date: | 03/26/12 |

TRUSTEE HAS REQUESTED BOOKS AND RECORDS FROM THE DEBTOR.  TRUSTEE COLLECTED OUTSTANDING TAX REFUND OWED TO DEBTOR.
TRUSTEE TO COMMENCE PREPARATION OF FINAL REPORT.

Initial Projected Date of Final Report (TFR): 02/28/13      Current Projected Date of Final Report (TFR): 12/31/12

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit B

| Case No: | 10-22885 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | BINDON, BRUCE C. | Bank Name: | ASSOCIATED BANK |
| | BINDON, DIANA | Account Number / CD #: | *******2036 Checking Account |
| Taxpayer ID No: | *******1428 | | |
| For Period Ending: | 01/31/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 2,732.44 | | 2,732.44 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 1.68 | 2,730.76 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 1.68 | 2,729.08 |
| | | | COLUMN TOTALS | | 2,732.44 | 3.36 | 2,729.08 |
| | | | Less: Bank Transfers/CD's | | 2,732.44 | 0.00 | |
| | | | Subtotal | | 0.00 | 3.36 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 3.36 | |

Page Subtotals   2,732.44   3.36

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 10-22885 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| --- | --- | --- | --- | --- |
| Case Name: | BINDON, BRUCE C. | | Bank Name: | BANK OF AMERICA, N.A. |
| | BINDON, DIANA | | Account Number / CD #: | *******1480 BofA - Money Market Account |
| Taxpayer ID No: | *******1428 | | | |
| For Period Ending: | 01/31/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/03/10 | 14 | BRUCE & DIANA BINDON | Tax refund | 1124-000 | 2,773.47 | | 2,773.47 |
| | | | Income tax refund | | | | |
| 03/29/11 | 000301 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 1.36 | 2,772.11 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,772.13 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,772.15 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,772.17 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,772.19 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,772.21 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.03 | | 2,772.24 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,772.26 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,772.28 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 3.53 | 2,768.75 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,768.77 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 3.41 | 2,765.36 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,765.38 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 3.41 | 2,761.97 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,761.99 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 3.62 | 2,758.37 |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,758.39 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 3.28 | 2,755.11 |
| 03/11/12 | 000302 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 2.32 | 2,752.79 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,752.81 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 3.39 | 2,749.42 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.02 | | 2,749.44 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 3.49 | 2,745.95 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,745.97 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 3.49 | 2,742.48 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,742.50 |
| | | | Page Subtotals | | 2,773.80 | 31.30 | |

LFORM24  UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

Ver: 17.01

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 10-22885 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | BINDON, BRUCE C. | Bank Name: | BANK OF AMERICA, N.A. |
| | BINDON, DIANA | Account Number / CD #: | *******1480  BofA - Money Market Account |
| Taxpayer ID No: | *******1428 | | |
| For Period Ending: | 01/31/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 3.26 | 2,739.24 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,739.26 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 3.59 | 2,735.67 |
| 08/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.02 | | 2,735.69 |
| 08/30/12 | | BANK OF AMERICA, N.A.<br>901 MAIN STREET<br>10TH FLOOR<br>DALLAS, TX  75283 | BANK FEES | 2600-000 | | 3.25 | 2,732.44 |
| 08/30/12 | | Trsf To ASSOCIATED BANK | INITIAL WIRE TRANSFER IN | 9999-000 | | 2,732.44 | 0.00 |

|  | | |
|---|---|---|
| COLUMN TOTALS | 2,773.84 | 2,773.84 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 2,732.44 | |
| Subtotal | 2,773.84 | 41.40 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 2,773.84 | 41.40 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********2036 | 0.00 | 3.36 | 2,729.08 |
| BofA - Money Market Account - ********1480 | 2,773.84 | 41.40 | 0.00 |
| | 2,773.84 | 44.76 | 2,729.08 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        0.04        2,742.54

| Page 1 | | EXHIBIT A<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: January 31, 2013 |
|---|---|---|---|---|---|---|

Case Number:  10-22885  
Debtor Name:  BINDON, BRUCE C.

Claim Number Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000001<br>070<br>7100-00 | Waste Management<br>2625 W. Grandview Rd. Ste. 150<br>Phoenix, AZ 85023 | Unsecured | | $0.00 | $3,456.13 | $3,456.13 |
| 000002<br>070<br>7100-00 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany OH 43054-3025 | Unsecured | | $0.00 | $1,345.70 | $1,345.70 |
| 000003<br>070<br>7100-00 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany OH 43054-3025 | Unsecured | | $0.00 | $18,752.43 | $18,752.43 |
| 000004<br>070<br>7100-00 | Chase Bank USA NA<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $0.00 | $21,494.46 | $21,494.46 |
| 000005<br>070<br>7100-00 | Chase Bank USA NA<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $0.00 | $14,486.50 | $14,486.50 |
| 000006<br>070<br>7100-00 | Elan Financial Services<br>PO Box 5229<br>Cincinnati oh 45201-5229 | Unsecured | | $0.00 | $4,503.00 | $4,503.00 |
| 000007<br>070<br>7100-00 | CRP-2 Chicago Infill II<br>c/o Noonan & Lieberman<br>105 W. Adams, Ste. 1100<br>Chicago, IL 60603 | Unsecured | | $0.00 | $504,559.08 | $504,559.08 |
| 000008<br>070<br>7100-00 | Pompilio Trucking<br>P.O. Box 464<br>Fox River Grove, IL 60021 | Unsecured | | $0.00 | $11,940.00 | $11,940.00 |
| 000009<br>070<br>7100-00 | Steiner Electric<br>1250 Touhy Avenue<br>Elk Grove Village, IL 60007 | Unsecured | | $0.00 | $1,564.42 | $1,564.42 |
| BOND<br>999<br>2300-00 | INTERNATIONAL SURETIES, LTD. | Administrative | | $0.00 | $3.68 | $3.68 |
| | Case Totals: | | | $0.00 | $582,105.40 | $582,105.40 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-22885
Case Name: BINDON, BRUCE C.
　　　　　　BINDON, DIANA
Trustee Name: JOSEPH E. COHEN

　　　　　Balance on hand　　　　　　　　　　　　　　$

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ | $ | $ |
| Other: INTERNATIONAL SURETIES, LTD. | $ | $ | $ |

　　Total to be paid for chapter 7 administrative expenses　　$_____
　　Remaining Balance　　　　　　　　　　　　　　　　　　$_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

　　In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $　　must be paid in advance of any dividend to general (unsecured) creditors.

　　Allowed priority claims are:

NONE

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be     percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Waste Management<br>2625 W. Grandview Rd.<br>Ste. 150<br>Phoenix, AZ 85023 | $ | $ | $ |
| 000002 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany OH 43054-3025 | $ | $ | $ |
| 000003 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany OH 43054-3025 | $ | $ | $ |
| 000004 | Chase Bank USA NA<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $ | $ | $ |
| 000005 | Chase Bank USA NA<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $ | $ | $ |
| 000006 | Elan Financial Services<br>PO Box 5229<br>Cincinnati oh 45201-5229 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000007 | CRP-2 Chicago Infill II c/o Noonan & Lieberman 105 W. Adams, Ste. 1100 Chicago, IL 60603 | $ | $ | $ |
| 000008 | Pompilio Trucking P.O. Box 464 Fox River Grove, IL 60021 | $ | $ | $ |
| 000009 | Steiner Electric 1250 Touhy Avenue Elk Grove Village, IL 60007 | $ | $ | $ |

    Total to be paid to timely general unsecured creditors     $_____

    Remaining Balance     $_____

    Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent.

    Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE