UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
BINDON, BRUCE C. § Case No. 10-22885
BINDON, DIANA §
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH E. COHEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
                  CLERK OF BANKRUPTCY COURT

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 0 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 1:30 PM on 03/15/2013 in Courtroom ,
              North Branch Court
              1792 Nicole lane
              Round Lake Beach, IL 60073
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____ By: _____
                                                                        Clerk, U.S. Bankruptcy Court

*JOSEPH E. COHEN*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                                §
                                      §
BINDON, BRUCE C.                      §     Case No. 10-22885
BINDON, DIANA                         §
                                      §
         Debtor(s)                    §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 2,773.84 |
| and approved disbursements of | $ | 44.76 |
| leaving a balance on hand of[1] | $ | 2,729.08 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: JOSEPH E. COHEN | $ 693.46 | $ 0.00 | $ 693.46 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 3.68 | $ 3.68 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | | $ 693.46 |
| Remaining Balance | | | $ 2,035.62 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 582,101.72  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  0.4  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Waste Management<br>2625 W. Grandview Rd. Ste. 150<br>Phoenix, AZ 85023 | $ 3,456.13 | $ 0.00 | $ 12.09 |
| 000002 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany OH 43054-3025 | $ 1,345.70 | $ 0.00 | $ 4.71 |
| 000003 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany OH 43054-3025 | $ 18,752.43 | $ 0.00 | $ 65.57 |
| 000004 | Chase Bank USA NA<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $ 21,494.46 | $ 0.00 | $ 75.17 |
| 000005 | Chase Bank USA NA<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $ 14,486.50 | $ 0.00 | $ 50.66 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000006 | Elan Financial Services<br>PO Box 5229<br>Cincinnati oh 45201-5229 | $ 4,503.00 | $ 0.00 | $ 15.75 |
| 000007 | CRP-2 Chicago Infill II<br>c/o Noonan & Lieberman<br>105 W. Adams, Ste. 1100<br>Chicago, IL 60603 | $ 504,559.08 | $ 0.00 | $ 1,764.45 |
| 000008 | Pompilio Trucking<br>P.O. Box 464<br>Fox River Grove, IL 60021 | $ 11,940.00 | $ 0.00 | $ 41.75 |
| 000009 | Steiner Electric<br>1250 Touhy Avenue<br>Elk Grove Village, IL 60007 | $ 1,564.42 | $ 0.00 | $ 5.47 |

| | |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 2,035.62 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/JOSEPH E. COHEN
TRUSTEE

JOSEPH E. COHEN
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Prepared By: /s/JOSEPH E. COHEN
TRUSTEE

JOSEPH E. COHEN
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                          United States Bankruptcy Court
                          Northern District of Illinois
In re:                                                                  Case No. 10-22885-ABG
Bruce C. Bindon                                                         Chapter 7
Diana Bindon
         Debtors
                                  CERTIFICATE OF NOTICE
District/off: 0752-1          User: lhuley                 Page 1 of 4         Date Rcvd: Feb 19, 2013
                              Form ID: pdf006              Total Noticed: 118


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 21, 2013.
db/jdb         +Bruce C. Bindon,    Diana Bindon,    20 Carlyle Lane,    Buffalo Grove, IL 60089-6696
15599433       +A-Korn Roller, Inc.,     3545 S. Morgan St.,    Chicago, IL 60609-1590
15599434        ADT Security Services, Inc.,     Attn: Billing Department,    14200 E. Exposition Avenue,
                 Aurora, CO 80012-2540
15599435       +Advanta Bank Corporation,     PO Box 844,   Philadelphia, PA 19105-0844
15599436       +Aerex Pest Control,    4301 Wilmette Ave.,    Rolling Meadows, IL 60008-1141
15599438       +Althoff Industries,    8001 S. Route 31,    Crystal Lake, IL 60014-8184
15599439       +American First Aid,    784 Church Rd.,    Elgin, IL 60123-9306
15599440       +American Holt Corp,    203 Carnegie Row,    Norwood, MA 02062-5000
15599441       +Amerigas - Gurnee,    2000 Albright Road,    Montgomery, IL 60538-1123
15599442       +Apex Industrial Automation, LLC,     2000 Albright Road,    Montgomery, IL 60538-1123
15599443       +Bank of America,    33 North Dearborn Street,    Chicago, IL 60602-5200
15599444       +Batavia Container, Inc,    PO Box 550, 1400 Paramount Parkway,     Batavia, IL 60510-0550
15599445        Best Cutting Die,    8080 McCormick Blvd.,    Skokie, IL 60076-2982
15599446       +Blooming Grove Flowers & Gifts,     781 Buffalo Grove Rd.,    Buffalo Grove, IL 60089-3705
15599447        Blue Thunder Truck Brokerage,     PO Box 88259,    Chicago, IL 60680-1259
15599448       +Buffalo Grove Association,    c/o NAI Hiffman,     One Oakbrook Terrace, Suite 600,
                 Oakbrook Terrace, IL 60181-4485
15599451       +CCP Industries,    PO Box 73627,    Cleveland, OH 44193-0002
18528628       +CRP-2 Chicago Infill II,    c/o Noonan & Lieberman,     105 W. Adams, Ste. 1100,
                 Chicago, IL 60603-6238
15599463       +CRP-2 Chicago Infill II, LLC,     c/o Colony Realty Partners LLC,    Two International Place,
                 Boston, MA 02110-4104
15599449        Capital One Bank,    PO Box 6492,    Carol Stream, IL 60197-6492
15599450        Cardmember Service- Comerica,     PO Box 6353,    Fargo, ND 58125-6353
15599452       +Cellmark Direct,    80 Washington St.,    Norwalk, CT 06854-3049
15599453        Chase,   Cardmember Service,    PO Box 15298,    Wilmington, DE 19850-5298
18372545        Chase Bank USA NA,    PO Box 15145,    Wilmington, DE 19850-5145
15599454        Chase Card Services,    Cardmember Services,    P.O. Box 15298,    Wilmington, DE 19850-5298
15599455        Chicago Spence Tool & Rubber Co.,     1125 N. 27th Avenue,    Melrose Park, IL 60160-2937
15599456       +Christine Nolan,    327 Ashwood,    Schaumburg, IL 60193-2860
15599457        Citi Cards,   PO Box 6000,    The Lakes, NV 89163-6000
15599458       +Clay English,    c/o Universal Form Clamp,    840 South 25th Ave - 2nd Floor,
                 Bellwood, IL 60104-2201
15599459       +Clifford Paper Inc,    600 E. Crescent Avenue,    Saddle River, NJ 07458-1855
15599461       +Colfax Welding,    605 West Colfax,    Palatine, IL 60067-2374
15599462       +Coverall North America,    2600 Warrenville Road,    Suite 200,    Downers Grove, IL 60515-1761
15599464       +Dahlgren Buckley Dement,    7224 W. 60th Street,    Summit Argo, IL 60501-1520
15599467       +District Council 4 GCC/IBT-NPF,     455 Kehoe Blvd.,    Suite 102,    Carol Stream, IL 60188-5203
15599468        Doherty & Progar,    200 West Adams Street,    Suite 2220,    Chicago, IL 60606-5231
15599469       +Dun & Bradstreet,    55 Shuman Blvd,    Naperville, IL 60563-7925
15599470       +Extra Space Storage,    155 Butterfield Rd.,    Vernon Hills, IL 60061-1958
15599472       +FGMK, LLC,   2801 Lakeside Dr., 3rd Floor,     Bannockburn, IL 60015-1275
15599475        FNT,   2287 Momentum Place,    Chicago, IL 60689-5322
15599471        FedEx Revenue Services,    3965 Airways, Module G,     Memphis, TN 38116
15599473       +Fidelity Container,    180 Exchange Blvd.,    Glendale Heights, IL 60139-2089
15599474       +First Bank,    480 W. Center Street,    Grayslake, IL 60030-7827
15599476        Frank Mehl,    1182 Sturbridge Dr.,    Schaumburg, IL 60195
15599481       +GXS,   100 Edison Park Drive,    MS 52A2,    Gaithersburg, MD 20878-3209
15599477       +Garvey's Office Products,    7500 North Caldwell,     Niles, IL 60714-3808
15599478       +GlueTech Inc,    11134 Addison Ave.,    Franklin Park, IL 60131-1404
15599480       +Gregory Rich,    8124 Danneil Circle,    Long Grove, IL 60047-5251
15599486        HSBC Card Services,    Customer Service Center,    PO Box 80082,    Salinas, CA 93912-0082
15599482       +Henkel Corporation,    1 Henkel Way,    Rocky Hill, CT 06067-3581
15599483        Home Depot Credit Services,    P.O. Box 653002,    Dallas, TX 75265-3002
15599484       +Horizon Distributors,    1890 Chrysler Drive,    Belvidere, IL 61008-6027
15599485       +Hortencia Morales,    627 East Palatine Rd.,    Palatine, IL 60074-5489
15599489        ITU, Inc.,    P.O. Box 88479,    Milwaukee, WI 53288-0479
15599487       +Interfilm,    127 Turningstone Court,    Greenville, SC 29611-7944
15599490       +John S. Swift Co.,    999 Commerce Ct.,    P.O. Box 5529,    Buffalo Grove, IL 60089-5529
15599491       +Jorson & Carlson, Inc.,    1501 Pratt Blvd.,    Elk Grove Village, IL 60007-5714
15599492       +Karl Knauz Motors, Inc,    409 Skokie Hwy,    Lake Bluff, IL 60044-2207
15599493       +Kathleen Thompson,    109 Rivershire Lane,    Lincolnshire, IL 60069-3804
15599494       +Kathryn Yudys,    2120 Fieldcrest Drive,    Mundelein, IL 60060-5350
15599495        Keller-Heartt Oil,    4411 South Tripp Avenue,    Chicago, IL 60632-4320
15599496       +Konica Minolta Business Solutions,     11101 Roosevelt Road,    Saint Petersburg, FL 33716-2340
15599502        MCMASTER - CARR,    600 County Line Road,    Elmhurst, IL 60126-2081
15599498       +Mary Kussmann,    7220 North Octavia Avenue,    Chicago, IL 60631-4345
15599499       +Master Messenger Service,    P.O. Box 72135,    Roselle, IL 60172-0135
15599500       +Masterman's, LLP,    11 C Street,    P.O. Box 411,    Auburn, MA 01501-0411
15599501       +Mazel & Co.,    4300 Ferdinand Street,    Chicago, IL 60624-1095
15599503       +Megtec Systems,    830 Prosper Road,    De Pere, WI 54115-3196
15599504       +Metro Recycling,    4340 Cross Street,    Downers Grove, IL 60515-1715
```

```
District/off: 0752-1           User: lhuley                Page 2 of 4                   Date Rcvd: Feb 19, 2013
                               Form ID: pdf006             Total Noticed: 118

15599505      +Midland Paper Co.,    101 E. Palatine Rd.,    Wheeling, IL 60090-6512
15599506      +Morgan Birge & Associates,    119 West Hubbard Street,     4th Floor,    Chicago, IL 60654-4526
15599508      +Murnane Paper Co.,    345 Fischer Farm Road,    Elmhurst, IL 60126-1432
15599509      +Napa Auto Parts - Wheeling,    82 E. Dundee Rd.,    Wheeling, IL 60090-3060
15599510      +National Lift Truck,    3333 Mount Prospect Road,    Franklin Park, IL 60131-1337
15599511      +Natural Scapes & Designs, Ltd.,    P.O. Box 136,    Ingleside, IL 60041-0136
15599512      +Northwest Community Hospital,    3060 Salt Creek Lane,     Arlington Heights, IL 60005-5027
15599513       P B Global Financial Services,    2225 American Drive,     Neenah, WI 54956-1005
15599514      +P&M National Sales,    708 County Line Road,    Bensenville, IL 60106-3276
15599515      +Pallet Direct,    P.O. Box 255,    Paw Paw, MI 49079-0255
15599516      +Paper Converting Machine Co.,    2300 South Ashland Avenue,     Green Bay, WI 54304-5293
15599517      +Partners in Technology,    104 E. Roosevelt Rd., Suite 102,     Wheaton, IL 60187-5253
15599518      +Paulson Press, Inc.,    904 Cambridge Drive,    Elk Grove Village, IL 60007-2435
15599519      +Perfect Fit Placement,    1263 Berlin Tpke,    Berlin, CT 06037-3228
15599520      +Pitman Co.,    221 Covington Drive,    Bloomingdale, IL 60108-3108
15599521      +Pompilio Trucking,    P.O. Box 464,    Fox River Grove, IL 60021-0464
15599522      +Printellect,    P.O. Box 12668,    Casa Grande, AZ 85130-0659
15599523      +Printers Service,    26 Blanchard Street,    Newark, NJ 07105-4784
15599525      +Purewater Systems,    P.O. Box 908,    Round Lake, IL 60073-0606
15599526      +Quebecor World (USA), Inc.,    c/o Gary D. Underdahl,     2600 Eagan Woods Dr., Ste. 400,
                Eagan, MN 55121-1169
15599527      +Related Products,    6355 Chalet Drive,    City of Commerce, CA 90040-3705
15599528      +Ryans Express, Inc.,    11714 Briarwood Lane,    Burr Ridge, IL 60527-8007
15599529       Service Web Offset Corporation,    2500 S. Dearborn Street,     Chicago, IL 60616-2299
15599530      +Steiner Electric,    1250 Touhy Avenue,    Elk Grove Village, IL 60007-4985
15599531      +Stickon Packaging Systems, Inc.,    71 West Seegers Road,     Arlington Heights, IL 60005-3916
15599532     #+Strategic Ink Solutions,    2420 Oakton Street, Unit W,     Arlington Heights, IL 60005-4827
15599533       Suburban Graphics,    508 Green Bridge Lane,    Prospect Heights, IL 60070-2806
15599534      +Sun Chemical Corporation,    5000 Spring Grove Avenue,     Cincinnati, OH 45232-1926
15599535      +Superior Industrial Supply,    7300 N. Oak Park Avenue,    Niles, IL 60714-3816
15599536      +The Chaet Kaplan Baim Firm,    30 North Lasalle Street,    Suite 1520,    Chicago, IL 60602-3387
15599537      +Trans-Consolidated Distrib,    P.O. Box 5062,    Chatsworth, CA 91313-5062
15599538     #+Tri-City Corrugated,    1111 Davis Road,    Elgin, IL 60123-1315
15599539      +Trudy Maple,    225 D Brett Circle,    Wauconda, IL 60084-1582
15599542       UPS,    P.O. Box 650580,    Dallas, TX 75265-0580
18508989     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court: Elan Financial Services,     PO Box 5229,    Cincinnati oh 45201-5229)
15599540      +UniCast,    P.O. Box 4627,    Easton, PA 18043-4627
15599541      +UniSource Worldwide, Inc.,    850 N. Arlington Heights Road,     Itasca, IL 60143-2885
15599543      +Verizon Wireless,    777 Big Timber Road,    Elgin, IL 60123-1401
15599544      +Viatas Chauffeured Transportation,    21W319 Lake Street,     Addison, IL 60101-1011
15599545      +Waste Management,    Attn: Billing Dept.,    1411 Opus Place, Suite 400,
                Downers Grove, IL 60515-1481
16586794      +Waste Management,    2625 W. Grandview Rd. Ste. 150,    Phoenix, AZ 85023-3109
15599546      +Yale Equipment & Services, LLC,    1151 Bryn Mawr Avenue,     Itasca, IL 60143-1508
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15599466       E-mail/PDF: mrdiscen@discoverfinancial.com Feb 20 2013 04:55:35      Discover Card,    PO Box 3008,
                New Albany, OH 43054-3008
15599465       E-mail/PDF: mrdiscen@discoverfinancial.com Feb 20 2013 04:55:35      Discover Card,    PO Box 30943,
                Salt Lake City, UT 84130
18329913       E-mail/PDF: mrdiscen@discoverfinancial.com Feb 20 2013 04:55:35      Discover Bank,
                DB Servicing Corporation,    PO Box 3025,    New Albany OH 43054-3025
15599479       E-mail/Text: scd_bankruptcynotices@grainger.com Feb 20 2013 04:43:41      Grainger,
                1200 S. Wolf Road,    Wheeling, IL 60090-6442
15599488       E-mail/Text: cio.bncmail@irs.gov Feb 20 2013 04:15:56      Internal Revenue Service,
                Cincinnati, OH 45999-0149
15599497      +E-mail/Text: jfriedland@lplegal.com Feb 20 2013 04:43:29      Levenfeld Pearlstein,
                2 N. LaSalle Street, Suite 1300,    Chicago, IL 60602-3709
15599507       E-mail/Text: legaldept@mscdirect.com Feb 20 2013 04:39:08      MSC Industrial Supply,
                20921 Lahser Road,    Southfield, MI 48033-4432
15599524       E-mail/Text: bankruptcy@pb.com Feb 20 2013 04:37:19      Purchase Power,    P.O. Box 5135,
                Shelton, CT 06484-7135
                                                                                               TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15599437     ##+AGFA Corporation,    100 Challenger Road,    Ridgefield Park, NJ 07660-2108
15599460     ##+Colfax Envelope Corporation,    951 Commerce Court,    Buffalo Grove, IL 60089-2375
                                                                                               TOTALS: 0, * 0, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 0752-1           User: lhuley              Page 3 of 4                  Date Rcvd: Feb 19, 2013
                               Form ID: pdf006           Total Noticed: 118
```

```
             ***** BYPASSED RECIPIENTS (continued) *****
```

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 21, 2013**              **Signature:**     _/s/ Joseph Speetjens_

```
District/off: 0752-1           User: lhuley                Page 4 of 4                  Date Rcvd: Feb 19, 2013
                               Form ID: pdf006             Total Noticed: 118
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 15, 2013 at the address(es) listed below:

         Barbara L Yong    on behalf of Joint Debtor Diana  Bindon blyong@golanchristie.com,
          mperez@golanchristie.com;myproductionss@gmail.com
         Barbara L Yong    on behalf of Debtor Bruce C. Bindon blyong@golanchristie.com,
          mperez@golanchristie.com;myproductionss@gmail.com
         Joseph E Cohen    jcohen@cohenandkrol.com,    jcohen@ecf.epiqsystems.com;jcohenattorney@aol.com
         Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                                                                                       TOTAL: 4

Case 10-22885    Doc 33    Filed 02/19/13    Entered 02/22/13 00:12:02    Desc Imaged
Certificate of Notice    Page 9 of 9