# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| BINDON, BRUCE C. | § | Case No. 10-22885 |
| BINDON, DIANA | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: <br> *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged <br> Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $              from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on         .  The case was pending for     months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/JOSEPH E. COHEN _____
                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| TOTAL GROSS RECEIPTS | | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America 33 North Dearborn Street Chicago, IL 60602 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH E. COHEN | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| ASSOCIATED BANK | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service Cincinnati, OH 45999-0149 | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | A-Korn Roller, Inc. 3545 S. Morgan St. Chicago, IL 60609 | | | | | |
| | ADT Security Services, Inc. Attn: Billing Department 14200 E. Exposition Avenue Aurora, CO 80012-2540 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AGFA Corporation 100 Challenger Road Ridgefield Park, NJ 07660-2199 | | | | | |
| | Advanta Bank Corporation PO Box 844 Philadelphia, PA 19101-8088 | | | | | |
| | Aerex Pest Control 4301 Wilmette Ave. Rolling Meadows, IL 60008 | | | | | |
| | Althoff Industries 8001 S. Route 31 Crystal Lake, IL 60014 | | | | | |
| | American First Aid 784 Church Rd. Elgin, IL 60123 | | | | | |
| | American Holt Corp 203 Carnegie Row Norwood, MA 02062 | | | | | |
| | Amerigas - Gurnee 2000 Albright Road Montgomery, IL 60538 | | | | | |
| | Apex Industrial Automation, LLC 2000 Albright Road Montgomery, IL 60538 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Batavia Container, Inc PO Box 550, 1400 Paramount Parkway Batavia, IL 60510 | | | | | |
| | Best Cutting Die 8080 McCormick Blvd. Skokie, IL 60076-2982 | | | | | |
| | Blooming Grove Flowers & Gifts 781 Buffalo Grove Rd. Buffalo Grove, IL 60089 | | | | | |
| | Blue Thunder Truck Brokerage PO Box 88259 Chicago, IL 60680-1259 | | | | | |
| | Buffalo Grove Association c/o NAI Hiffman One Oakbrook Terrace, Suite 600 Oakbrook Terrace, IL 60181 | | | | | |
| | CCP Industries PO Box 73627 Cleveland, OH 44193 | | | | | |
| | CRP-2 Chicago Infill II, LLC c/o Colony Realty Partners LLC Two International Place Boston, MA 02110 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital One Bank PO Box 6492 Carol Stream, IL 60197-6492 | | | | | |
| | Cardmember Service-Comerica PO Box 6353 Fargo, ND 58125-6353 | | | | | |
| | Cellmark Direct 80 Washington St. Norwalk, CT 06854 | | | | | |
| | Chase Card Services Cardmember Services P.O. Box 15298 Wilmington, DE 19850-5298 | | | | | |
| | Chase Cardmember Service PO Box 15298 Wilmington, DE 19850-5298 | | | | | |
| | Chase Cardmember Service PO Box 15298 Wilmington, DE 19850-5298 | | | | | |
| | Chase Cardmember Service PO Box 15298 Wilmington, DE 19850-5298 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chicago Spence Tool & Rubber Co. 1125 N. 27th Avenue Melrose Park, IL 60160-2937 | | | | | |
| | Christine Nolan 327 Ashwood Schaumburg, IL 60193 | | | | | |
| | Citi Cards PO Box 6000 The Lakes, NV 89163-6000 | | | | | |
| | Clay English c/o Universal Form Clamp 840 South 25th Ave - 2nd Floor Bellwood, IL 60104 | | | | | |
| | Clifford Paper Inc 600 E. Crescent Avenue Saddle River, NJ 07458 | | | | | |
| | Colfax Welding 605 West Colfax Palatine, IL 60067 | | | | | |
| | Coverall North America 2600 Warrenville Road Suite 200 Downers Grove, IL 60515 | | | | | |
| | Dahlgren Buckley Dement 7224 W. 60th Street Summit Argo, IL 60501 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Discover Card PO Box 3008 New Albany, OH 43054-3008 | | | | | |
| | Discover Card PO Box 30943 Salt Lake City, UT 84130 | | | | | |
| | District Council 4 GCC/IBT-NPF 455 Kehoe Blvd. Suite 102 Carol Stream, IL 60188 | | | | | |
| | Doherty & Progar 200 West Adams Street Suite 2220 Chicago, IL 60606-5231 | | | | | |
| | Dun & Bradstreet 55 Shuman Blvd Naperville, IL 60563 | | | | | |
| | FGMK, LLC 2801 Lakeside Dr., 3rd Floor Bannockburn, IL 60015 | | | | | |
| | FNT 2287 Momentum Place Chicago, IL 60689-5322 | | | | | |
| | FedEx Revenue Services 3965 Airways, Module G Memphis, TN 38116 | | | | | |
| | Fidelity Container 180 Exchange Blvd. Glendale Heights, IL 60139 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | First Bank 480 W. Center Street Grayslake, IL 60030 | | | | | |
| | First Bank 480 W. Center Street Grayslake, IL 60030 | | | | | |
| | Frank Mehl 1182 Sturbridge Dr. Schaumburg, IL 60195 | | | | | |
| | GXS 100 Edison Park Drive MS 52A2 Gaithersburg, MD 20878 | | | | | |
| | Garvey's Office Products 7500 North Caldwell Niles, IL 60714-4027 | | | | | |
| | GlueTech Inc 11134 Addison Ave. Franklin Park, IL 60131 | | | | | |
| | Grainger 1200 S. Wolf Road Wheeling, IL 60090-6442 | | | | | |
| | Gregory Rich 8124 Danneil Circle Long Grove, IL 60047 | | | | | |
| | HSBC Card Services Customer Service Center PO Box 80082 Salinas, CA 93912-0082 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Henkel Corporation 1 Henkel Way Rocky Hill, CT 06067 | | | | | |
| | Home Depot Credit Services P.O. Box 653002 Dallas, TX 75265-3002 | | | | | |
| | Horizon Distributors 1890 Chrysler Drive Belvidere, IL 61008 | | | | | |
| | Hortencia Morales 627 East Palatine Rd. Palatine, IL 60074 | | | | | |
| | ITU, Inc. P.O. Box 88479 Milwaukee, WI 53288-0479 | | | | | |
| | Interfilm 127 Turningstone Court Greenville, SC 29611 | | | | | |
| | John S. Swift Co. 999 Commerce Ct. P.O. Box 5529 Buffalo Grove, IL 60089 | | | | | |
| | Jorson & Carlson, Inc. 1501 Pratt Blvd. Elk Grove Village, IL 60007 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Karl Knauz Motors, Inc 409 Skokie Hwy Lake Bluff, IL 60044 | | | | | |
| | Kathleen Thompson 109 Rivershire Lane Lincolnshire, IL 60069 | | | | | |
| | Kathryn Yudys 2120 Fieldcrest Drive Mundelein, IL 60060 | | | | | |
| | Keller-Heartt Oil 4411 South Tripp Avenue Chicago, IL 60632-4320 | | | | | |
| | Konica Minolta Business Solutions 11101 Roosevelt Road Saint Petersburg, FL 33716 | | | | | |
| | Levenfeld Pearlstein 2 N. LaSalle Street, Suite 1300 Chicago, IL 60602 | | | | | |
| | MCMASTER - CARR 600 County Line Road Elmhurst, IL 60126-2081 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | MSC Industrial Supply 20921 Lahser Road Southfield, MI 48033-4432 | | | | | |
| | Mary Kussmann 7220 North Octavia Avenue Chicago, IL 60631 | | | | | |
| | Master Messenger Service P.O. Box 72135 Roselle, IL 60172 | | | | | |
| | Masterman's, LLP 11 C Street P.O. Box 411 Auburn, MA 01501 | | | | | |
| | Mazel & Co. 4300 Ferdinand Street Chicago, IL 60624 | | | | | |
| | Megtec Systems 830 Prosper Road De Pere, WI 54115 | | | | | |
| | Metro Recycling 4340 Cross Street Downers Grove, IL 60515 | | | | | |
| | Midland Paper Co. 101 E. Palatine Rd. Wheeling, IL 60090 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Morgan Birge & Associates 119 West Hubbard Street 4th Floor Chicago, IL 60610 | | | | | |
| | Murnane Paper Co. 345 Fischer Farm Road Elmhurst, IL 60126-1014 | | | | | |
| | Napa Auto Parts - Wheeling 82 E. Dundee Rd. Wheeling, IL 60090 | | | | | |
| | National Lift Truck 3333 Mount Prospect Road Franklin Park, IL 60131 | | | | | |
| | Natural Scapes & Designs, Ltd. P.O. Box 136 Ingleside, IL 60041 | | | | | |
| | Northwest Community Hospital 3060 Salt Creek Lane Arlington Heights, IL 60005 | | | | | |
| | P B Global Financial Services 2225 American Drive Neenah, WI 54956-1005 | | | | | |
| | P&M National Sales 708 County Line Road Bensenville, IL 60106 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Pallet Direct P.O. Box 255 Paw Paw, MI 49079 | | | | | |
| | Paper Converting Machine Co. 2300 South Ashland Avenue Green Bay, WI 54304 | | | | | |
| | Partners in Technology 104 E. Roosevelt Rd., Suite 102 Wheaton, IL 60187 | | | | | |
| | Paulson Press, Inc. 904 Cambridge Drive Elk Grove Village, IL 60007 | | | | | |
| | Perfect Fit Placement 1263 Berlin Tpke Berlin, CT 06037 | | | | | |
| | Pitman Co. 221 Covington Drive Bloomingdale, IL 60108 | | | | | |
| | Pompilio Trucking P.O. Box 464 Fox River Grove, IL 60021 | | | | | |
| | Printellect P.O. Box 12668 Casa Grande, AZ 85230-2068 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Printers Service 26 Blanchard Street Newark, NJ 07105-4702 | | | | | |
| | Purchase Power P.O. Box 5135 Shelton, CT 06484-7135 | | | | | |
| | Purewater Systems P.O. Box 908 Round Lake, IL 60073-0336 | | | | | |
| | Quebecor World (USA), Inc. c/o Gary D. Underdahl 2600 Eagan Woods Dr., Ste. 400 Eagan, MN 55121 | | | | | |
| | Related Products 6355 Chalet Drive City of Commerce, CA 90040 | | | | | |
| | Ryans Express, Inc. 11714 Briarwood Lane Burr Ridge, IL 60527 | | | | | |
| | Service Web Offset Corporation 2500 S. Dearborn Street Chicago, IL 60616-2299 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Steiner Electric 1250 Touhy Avenue Elk Grove Village, IL 60007 | | | | | |
| | Stickon Packaging Systems, Inc. 71 West Seegers Road Arlington Heights, IL 60005 | | | | | |
| | Strategic Ink Solutions 2420 Oakton Street, Unit W Arlington Heights, IL 60005 | | | | | |
| | Suburban Graphics 508 Green Bridge Lane Prospect Heights, IL 60070-2806 | | | | | |
| | Sun Chemical Corporation 5000 Spring Grove Avenue Cincinnati, OH 45232 | | | | | |
| | Superior Industrial Supply 7300 N. Oak Park Avenue Niles, IL 60714 | | | | | |
| | Trans-Consolidated Distrib P.O. Box 5062 Chatsworth, CA 91313 | | | | | |
| | Tri-City Corrugated 1111 Davis Road Elgin, IL 60123 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Trudy Maple 225 D Brett Circle Wauconda, IL 60084 | | | | | |
| | UPS P.O. Box 650580 Dallas, TX 75265-0580 | | | | | |
| | UniCast P.O. Box 4627 Easton, PA 18043 | | | | | |
| | UniSource Worldwide, Inc. 850 N. Arlington Heights Road Itasca, IL 60143 | | | | | |
| | Verizon Wireless 777 Big Timber Road Elgin, IL 60123 | | | | | |
| | Viatas Chauffeured Transportation 21W319 Lake Street Addison, IL 60101 | | | | | |
| | Waste Management Attn: Billing Dept. 1411 Opus Place, Suite 400 Downers Grove, IL 60515 | | | | | |
| | Yale Equipment & Services, LLC 1151 Bryn Mawr Avenue Itasca, IL 60143 | | | | | |
| 000004 | CHASE BANK USA NA | | | | | |
| 000005 | CHASE BANK USA NA | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000007 | CRP-2 CHICAGO INFILL II | | | | | |
| 000002 | DISCOVER BANK | | | | | |
| 000003 | DISCOVER BANK | | | | | |
| 000006 | ELAN FINANCIAL SERVICES | | | | | |
| 000008 | POMPILIO TRUCKING | | | | | |
| 000009 | STEINER ELECTRIC | | | | | |
| 000001 | WASTE MANAGEMENT | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| | | |
|---|---|---|
| Case No: | 10-22885   ABG   Judge: A. BENJAMIN GOLDGAR | |
| Case Name: | BINDON, BRUCE C. | |
| | BINDON, DIANA | |
| For Period Ending: | 11/18/13 | |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Date Filed (f) or Converted (c): | 05/19/10 (f) |
| 341(a) Meeting Date: | 07/09/10 |
| Claims Bar Date: | 03/26/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Location: 20 Carlyle Lane, Buffalo Grove IL 60089 | 415,000.00 | 0.00 | | 0.00 | 0.00 |
| 2. Cash on hand Location: 20 Carlyle Lane, Buffalo Gr | 734.00 | 0.00 | | 0.00 | 0.00 |
| 3. Chase Checking Account Account # 001110018367541 | 2,342.27 | 0.00 | | 0.00 | 0.00 |
| 4. Chase Savings Account Account # 000002904742042 | 1,795.00 | 0.00 | | 0.00 | 0.00 |
| 5. Furniture, Location: 20 Carlyle Lane, Buffalo Grov | 1,000.00 | 0.00 | | 0.00 | 0.00 |
| 6. CD/DVD Collection | 500.00 | 0.00 | | 0.00 | 0.00 |
| 7. Clothing | 1,500.00 | 0.00 | | 0.00 | 0.00 |
| 8. Earrings, wedding rings | 1,000.00 | 0.00 | | 0.00 | 0.00 |
| 9. Morgan Stanley 190 South Lasalle St. Suite 2900 Ch | 125,713.00 | 0.00 | | 0.00 | 0.00 |
| 10. Morgan Stanley 190 South Lasalle St. Suite 2900 Ch | 107,842.00 | 0.00 | | 0.00 | 0.00 |
| 11. Smith Barney 190 South Lasalle St. Suite 2900 Chic | 18,549.00 | 0.00 | | 0.00 | 0.00 |
| 12. 40% Ownership in Colfax Envelope Corporation | 0.00 | 0.00 | | 0.00 | 0.00 |
| 13. 60% Ownership in Colfax Envelope Corporation | 0.00 | 0.00 | | 0.00 | 0.00 |
| 14. Illinois Department of Revenue (08-09 state tax re | 2,764.00 | 0.00 | | 2,773.47 | 0.00 |
| 15. Colfax Envelope Corporation 951 Commerce Court Buf | 99,960.64 | 0.00 | | 0.00 | 0.00 |
| 16. 2001 Lincoln Continental | 4,000.00 | 0.00 | | 0.00 | 0.00 |
| 17. 1995 Toyota Celica | 1,000.00 | 0.00 | | 0.00 | 0.00 |
| 18. 2003 Lund 16' Fishing Boat 2003 Yamaha 90 hp Motor | 5,000.00 | 0.00 | | 0.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.37 | Unknown |

Gross Value of Remaining Assets

| | | | | |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $788,699.91 | $0.00 | $2,773.84 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 10-22885    ABG    Judge: A. BENJAMIN GOLDGAR | Trustee Name:    JOSEPH E. COHEN |
| Case Name: | BINDON, BRUCE C. | Date Filed (f) or Converted (c):    05/19/10 (f) |
| | BINDON, DIANA | 341(a) Meeting Date:    07/09/10 |
| | | Claims Bar Date:    03/26/12 |

TRUSTEE HAS REQUESTED BOOKS AND RECORDS FROM THE DEBTOR.  TRUSTEE COLLECTED OUTSTANDING TAX REFUND OWED TO DEBTOR.

TRUSTEE TO COMMENCE PREPARATION OF FINAL REPORT.

Initial Projected Date of Final Report (TFR): 02/28/13        Current Projected Date of Final Report (TFR): 12/31/12

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 10-22885  -ABG |
| Case Name: | BINDON, BRUCE C. |
| | BINDON, DIANA |
| Taxpayer ID No: | *******1428 |
| For Period Ending: | 11/18/13 |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******2036  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 2,732.44 | | 2,732.44 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 1.68 | 2,730.76 |
| * 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-003 | | 1.68 | 2,729.08 |
| * 03/13/13 | | Reverses Adjustment OUT on 11/05/12 | BANK SERVICE FEE | 2600-003 | | -1.68 | 2,730.76 |
| 03/19/13 | 300001 | JOSEPH E. COHEN<br>105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, IL  60602-0000 | Chapter 7 Compensation/Fees | 2100-000 | | 693.46 | 2,037.30 |
| 03/19/13 | 300002 | Waste Management<br>2625 W. Grandview Rd. Ste. 150<br>Phoenix, AZ 85023 | Claim 000001, Payment 0.35010% | 7100-000 | | 12.10 | 2,025.20 |
| 03/19/13 | 300003 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany OH 43054-3025 | Claim 000002, Payment 0.35000% | 7100-000 | | 4.71 | 2,020.49 |
| 03/19/13 | 300004 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany OH 43054-3025 | Claim 000003, Payment 0.34998% | 7100-000 | | 65.63 | 1,954.86 |
| 03/19/13 | 300005 | Chase Bank USA NA<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000004, Payment 0.35000% | 7100-000 | | 75.23 | 1,879.63 |
| 03/19/13 | 300006 | Chase Bank USA NA<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000005, Payment 0.34998% | 7100-000 | | 50.70 | 1,828.93 |
| 03/19/13 | 300007 | Elan Financial Services<br>PO Box 5229<br>Cincinnati oh 45201-5229 | Claim 000006, Payment 0.34999%<br>(6-1) 5714 | 7100-000 | | 15.76 | 1,813.17 |

Page Subtotals       2,732.44       919.27

Ver: 17.04

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 23)*

Page:   2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 10-22885  -ABG |
| Case Name: | BINDON, BRUCE C. |
| | BINDON, DIANA |
| Taxpayer ID No: | *******1428 |
| For Period Ending: | 11/18/13 |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******2036  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/19/13 | 300008 | CRP-2 Chicago Infill II c/o Noonan & Lieberman 105 W. Adams, Ste. 1100 Chicago, IL 60603 | Claim 000007, Payment 0.34999% | 7100-000 | | 1,765.91 | 47.26 |
| 03/19/13 | 300009 | Pompilio Trucking P.O. Box 464 Fox River Grove, IL 60021 | Claim 000008, Payment 0.35000% | 7100-000 | | 41.79 | 5.47 |
| 03/19/13 | 300010 | Steiner Electric 1250 Touhy Avenue Elk Grove Village, IL 60007 | Claim 000009, Payment 0.34965% | 7100-000 | | 5.47 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 2,732.44 | 2,732.44 | 0.00 |
| Less:  Bank Transfers/CD's | 2,732.44 | 0.00 | |
| Subtotal | 0.00 | 2,732.44 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 2,732.44 | |

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 1,813.17 |

Ver: 17.04

FORM 2
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit 9

| Case No: | 10-22885 -ABG | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | BINDON, BRUCE C. | | Bank Name: | BANK OF AMERICA, N.A. |
| | BINDON, DIANA | | Account Number / CD #: | *******1480 BofA - Money Market Account |
| Taxpayer ID No: | *******1428 | | | |
| For Period Ending: | 11/18/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/03/10 | 14 | BRUCE & DIANA BINDON | Tax refund | 1124-000 | 2,773.47 | | 2,773.47 |
| | | | Income tax refund | | | | |
| 03/29/11 | 000301 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 1.36 | 2,772.11 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,772.13 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,772.15 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,772.17 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,772.19 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,772.21 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.03 | | 2,772.24 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,772.26 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,772.28 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 3.53 | 2,768.75 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,768.77 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 3.41 | 2,765.36 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,765.38 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 3.41 | 2,761.97 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,761.99 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 3.62 | 2,758.37 |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,758.39 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 3.28 | 2,755.11 |
| 03/11/12 | 000302 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 2.32 | 2,752.79 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,752.81 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 3.39 | 2,749.42 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.02 | | 2,749.44 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 3.49 | 2,745.95 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,745.97 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 3.49 | 2,742.48 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,742.50 |

| | | Page Subtotals | | | 2,773.80 | 31.30 | |

Ver: 17.04

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 25)*

FORM 2

Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-22885 -ABG | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | BINDON, BRUCE C. | Bank Name: | BANK OF AMERICA, N.A. |
| | BINDON, DIANA | Account Number / CD #: | *******1480  BofA - Money Market Account |
| Taxpayer ID No: | *******1428 | | |
| For Period Ending: | 11/18/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 3.26 | 2,739.24 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,739.26 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 3.59 | 2,735.67 |
| 08/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.02 | | 2,735.69 |
| 08/30/12 | | BANK OF AMERICA, N.A. 901 MAIN STREET 10TH FLOOR DALLAS, TX  75283 | BANK FEES | 2600-000 | | 3.25 | 2,732.44 |
| 08/30/12 | | Trsf To ASSOCIATED BANK | INITIAL WIRE TRANSFER IN | 9999-000 | | 2,732.44 | 0.00 |

|  | COLUMN TOTALS | 2,773.84 | 2,773.84 | 0.00 |
|---|---|---|---|---|
| | Less:  Bank Transfers/CD's | 0.00 | 2,732.44 | |
| | Subtotal | 2,773.84 | 41.40 | |
| | Less:  Payments to Debtors | | 0.00 | |
| | Net | 2,773.84 | 41.40 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - *******2036 | 0.00 | 2,732.44 | 0.00 |
| BofA - Money Market Account - *******1480 | 2,773.84 | 41.40 | 0.00 |
| | 2,773.84 | 2,773.84 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          0.04          2,742.54

Ver: 17.04

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 26)*